```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re Application of CHEVRON CORPORATION,

                 Petitioner.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re Application of RODRIGO PEREZ
PALLARES and RICHARD REIS VEIGA,

                 Petitioners.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

M-19-111

## ORDER

LEWIS A. KAPLAN, *District Judge.*

      It is hereby ORDERED, as follows:

**1**    **Substantive Consolidation**

      The following actions are consolidated for all purposes into 10 MC ___ (LAK): In re Application of Chevron Corporation, M-19-111, and In re Application of Rodrigo Perez Pallares and Richard Reis Veiga, M-19-111. They are referred to collectively as In re Application of Chevron.

**2**    **Captions and Filing**

    2.1    Master Docket and File. The Clerk shall maintain a master docket and case file under the style In re Application of Chevron to which he shall assign a file number in the "MC" series.

    2.2    Captions; Filing. All orders, pleadings, motions and other documents filed in either or both of the actions subject to this Order shall bear the following caption with the "MC" file number assigned by the Clerk:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re:

Application of CHEVRON                           10 MC ___ (LAK)

This Document Applies to:    [insert]
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

2

        A paper pertinent to both of the actions consolidated by Section 1 of this Order shall state that it applies to "ALL CASES." A paper pertinent to only one of the actions shall bear also the caption of the individual case to which it pertains. All papers filed in either or both of these cases shall be docketed on the master docket.

2.3    Electronic filing. All papers filed in either or both of the actions subject to this Order shall be filed electronically.

Dated:    July 22, 2010

                                                                         Lewis A. Kaplan
                                                                        United States District Judge