UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

In re:

Application of CHEVRON                                    10 MC 00001 (LAK)

This Document Applies to:   ALL CASES

------------------------------------------------------------------ x

### NOTICE OF MOTION

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, dated August 3, 2010, the accompanying Declaration of Kristen L. Hendricks, dated August 3, 2010, and all prior papers and proceedings had herein, Chevron Corporation ("Chevron") will move this Court, before the Honorable Lewis A. Kaplan, on a date to be determined by this Court, respectfully requested to be as soon as the Court's schedule permits, for a preservation order and to supplement and enforce the subpoenas, and granting such other and further relief as the Court deems appropriate.

Dated: August 3, 2010
       New York, New York

                                        GIBSON, DUNN & CRUTCHER LLP

                                        By: _____
                                            Randy M. Mastro
                                        200 Park Avenue, 47th Floor
                                        New York, New York 10166-0193
                                        Telephone: 212.351.4000
                                        Facsimile: 212.351.4035

                                        *Attorneys for Applicant Chevron Corporation*