

**GEOTEXT**
Translations, Inc.

STATE OF CALIFORNIA
                                    )
                                    )
                                    )
COUNTY OF SAN FRANCISCO  )           ss

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true

and accurate translation from Spanish into English and English into Spanish of the attached

transcription excerpt CRS129-00-CLIP 02.

Brandon Carney, West Coast Regional Manager
Geotext Translations, Inc.

State of California, County of San Francisco

Subscribed and sworn to (or affirmed) before me

on this 10th day of August, 20 10,

by Brandon Carney,

proved to me on the basis of satisfactory evidence

to be the person(s) who appeared before me.

Signature:

> MELISSA PIERONI
> COMM. # 1755133
> NOTARY PUBLIC - CALIFORNIA
> SAN FRANCISCO COUNTY
> My Comm. Expires July 3, 2011

New York  259 West 30th Street, 17th Floor, New York, NY 10001, U.S.A. tel 212.631.7432 fax 212.631.7778
San Francisco  220 Montgomery Street, 3rd Floor, San Francisco, CA 94104, U.S.A. tel 415.576.9500 fax 415.520.0525
London  107-111 Fleet Street, London EC4A 2AB, United Kingdom tel +44.(0)20.7936.9002 fax +44.(0)20.7990.9909
Hong Kong  20th Floor, Central Tower, 28 Queen's Road, Central, Hong Kong tel +852.2159.9143 fax +852.3010.0082
translations@geotext.com  |  www.geotext.com

TITLE OF CLIP:___CRS129-00-CLIP 02_____

UMV1 = First Unidentified Male Voice (Primera Voz Masculina No Identificada)
UMV2 = Second Unidentified Male Voice (Segunda Voz Masculina No Identificada)

| SPEAKER | ORIGINAL | TRANSLATION (Spanish) | TRANSLATION (English) |
|---|---|---|---|
| STEVEN DONZIGER | [ininteligible] muy rápido. [ininteligible] | | [unintelligible] very fast. [unintelligible] |
| LEILA SALAZAR | [ininteligible] | | [unintelligible] |
| DONZIGER | Uh…. | | Uh… |
| SALAZAR | [ininteligible] | | [unintelligible] |
| DONZIGER | Dos días. [ininteligible] viernes ella queda. [voces solapadas] ¿Piensa… piensa que vamos a ganar el caso? | | Two days. [unintelligible] Friday she stays. [overlapped voices] Do you think… do you think we will win the case? |
| UMV1 | Creo que sí. | | I think so. |
| DONZIGER | ¿Crees que sí, *or*… estás seguro? | | Do you think so, or… are you sure? |
| UMV1 | Si yo podría [ininteligible] | | If I could [unintelligible] |
| SALAZAR | [ininteligible] | | [unintelligible] |
| DONZIGER | Yeah, exactly. | Sí, exacto. | |
| UMV1 | [ininteligible] …de perder en la Corte Suprema que teníamos. Ésa es la clave. | | [unintelligible] …to lose in Supreme Court we used to have. That is the key. |
| DONZIGER | I'm only talking about the trial court. | Sólo me refiero al tribunal del juicio. | |
| UMV1 | [inaudible]en Lago Agrio vamos a ganar. | | [inaudible] we are going to win en Lago Agrio. |
| SALAZAR | [ininteligible] | | [unintelligible] |
| UMV1 | No  va a haber ningún juez que se anime a dictar sentencia  en contra de [inaudible] | | There won't be any judge who would dare rule against [inaudible] |
| SALAZAR | No, ¡olvídense! Le matan. | | No way! They'd kill him. |
| DONZIGER | Como los otros. | | Like the others. |

| SALAZAR | He'll be killed. | Lo matarán. | |
|---|---|---|---|
| DONZIGER | Yeah. Who will be killed? | Sí. ¿A quién matarán? | |
| SALAZAR | The judge. | Al juez. | |
| DONZIGER | If he rules against us or if he rules against Texaco? | ¿Si falla en contra de nosotros o falla en contra de Texaco? | |
| SALAZAR | Against Texaco--eh,  against us. | En contra de Texaco—eh, en contra de nosotros. | |
| DONZIGER | He'll be killed. | Lo matarán. | |
| SALAZAR | Yeah, sure… | Sí, claro… | |
| DONZIGER | He might not be, but he'll think—he thinks he will be. | Quizás no, pero él cree—el cree que sí [lo matarán]. | |
| SALAZAR | Yeah.  And he— | Si. Y él-- | |
| DONZIGER | Which is just as good. | Lo cual es igual de bueno. | |
| SALAZAR | Nah, he won't be … | Nah, no lo [matarán]… | |
| DONZIGER | [laughter] | [risa] | |
| SALAZAR | … but he will not be [unintelligible]. He thinks that. Let him thinks [sic] that. | … pero no va a [ser/estar] [ininteligible] Él cree eso. Qué lo piense. | |
| UMV1 | Yeah, I think that [unintelligible] [pause] again. | Sí, creo que [ininteligible] [pausa] otra vez. | |
| DONZIGER | Mm-hmm. | Mm-jmm. | |
| UMV2 | Como antes. They better pick their expert. | Más vale que escojan su perito. | Like before. |
| DONZIGER | But, once we get the guests there, we'll do our work there, and they'll understand what they have to do. I think anything is solved in Ecuador through politics. You know? | Pero, una vez que recibamos a los invitados, haremos nuestro trabajo ahí, y entenderán lo que tienen que hacer. Creo que en Ecuador, todo se resuelve con la política. ¿Sabes? | |
| UMV1 | As long as they are intelligent enough to understand the problem and the case. | Siempre y cuando tengan la suficiente inteligencia como para entender el problema y el caso. | |

| | | | |
|---|---|---|---|
| DONZIGER | Exactly. That is a very good point. You can solve anything with politics as long as the judges are intelligent enough to understand the politics. It can be—they don't have to be intelligent enough to understand the law, just as long as they understand the politics. | Exacto. Muy buen punto. Se puede resolver cualquier cosa siempre y cuando los jueces tengan la suficiente inteligencia como para entender la política. Puede ser—no es que tengan que tener suficiente inteligencia como para entender la ley, mientras entiendan la política. | |
| UMV1 | Politics. | Política. | |
| DONZIGER | Politics, yeah. | Política, sí. | |
| UMV1 | The politics behind the--the—the case. | La política en el fondo del—del caso. | |
| DONZIGER | Yeah, act—absolutely. | Sí, act—absolutamente. | |
| | [end of recording] | [fin de grabación] | |

# MERRILL
# BRINK INTERNATIONAL



Merrill Brink International Corporation

225 Varick Street
New York, NY 10014 • (212) 620-5600

State of New York        )
                         )        ss:
County of New York       )

## **Certificate of Accuracy**

This is to certify that the attached transcription is, to the best of our knowledge and belief, a true, accurate and complete transcription from English into English of the audio files related to the following:

*CRS133-49-CLIP 01*

Dated: August 10, 2010

Maya Sidhu
Project Manager, Legal Translations
Merrill Brink International

Sworn to and signed before
Me, this _10th_ day of
_August_ 2010

Notary Public

GINA ST LAURENT
Notary Public, State of New York
No. 01ST6146442
Qualified in New York County
Commission Expires May 15, 2014

1

2

3       -------------------------------------x

4

5

6                     Chevron Matter

7

8

9

10      -------------------------------------x

11      TRANSCRIBED FROM VIDEO FILE

12      [HIGHLY CONFIDENTIAL]

13      CRS133-49-CLIP 01

14

15

16

17

18

19

20

21

22

23

24

25

1       MALE VOICE 1: What are your plans for

2   the coming days?

3       MR. STEVEN DONZIGER: We have a very,

4   very big week coming up. We have to meet

5   with--we are going to try to meet with the

6   president, the new president of Ecuador who

7   just got elected, the new Minister of

8   PetroEcuador, the state oil company. We are

9   going to try to meet with the new Minister

10   of Energy, all the key people and explain to

11   them the case.

12       Raul Herrera, the lawyer from um--who

13   is representing the government in the United

14   States from the DC law firm is coming down

15   and we set up a bunch of meetings.

16       In addition, we have to figure out the

17   details of the final cost estimate plan,

18   which is the third and final phase of the

19   evidentiary phase of the case. And all that

20   has to happen this week. It's a lot. And I

21   need to be in good shape to accomplish it

22   all because I am going home next Saturday no

23   matter what and I want it to get done. I am

24   going home for the holidays. I'm gonna relax.

25       [end of recording]



**GEOTEXT**
Translations, Inc.

STATE OF CALIFORNIA            )
                               )
                               )
COUNTY OF SAN FRANCISCO  )        ss


### CERTIFICATION


This is to certify that the attached translation is, to the best of my knowledge and belief, a true

and accurate translation from English into Spanish of the attached transcription excerpt CRS-169-

05-CLIP-09.


Nicholas Bocek, Managing Editor
Geotext Translations, Inc.


State of California, County of San Francisco

Subscribed and sworn to (or affirmed) before me

on this  8th day of  August , 20 10 ,

by  Nicholas Bocek ,

proved to me on the basis of satisfactory evidence

to be the person(s) who appeared before me.

Signature:



BRANDON CARNEY
COMM. # 1755114
NOTARY PUBLIC - CALIFORNIA
SAN FRANCISCO COUNTY
My Comm. Expires July 3, 2011

New York  259 West 30th Street, 17th Floor, New York, NY 10001, U.S.A. **tel** 212.631.7432 **fax** 212.631.7778
San Francisco  220 Montgomery Street, 3rd Floor, San Francisco, CA 94104, U.S.A. **tel** 415.576.9500 **fax** 415.520.0525
London  107-111 Fleet Street, London EC4A 2AB, United Kingdom **tel** +44.(0)20.7936.9002 **fax** +44.(0)20.7990.9909
Hong Kong  20th Floor, Central Tower, 28 Queen's Road, Central, Hong Kong **tel** +852.2159.9143 **fax** +852.3010.0082
translations@geotext.com  |  www.geotext.com

**Title of Clip: CRS-169-05-CLIP-09**

| SPEAKER | ORIGINAL | TRANSLATION (Spanish) |
|---|---|---|
| STEVEN DONZIGER | I don't know if you read their papers, but they accused the conspiracy between the Lago plaintiffs and the government of trying to intimidate their employees… | No sé si has leído sus periódicos, pero denuncian la conspiración entre los demandantes de Lago y el gobierno, de tratar de intimidar a sus empleados… |
| | | |
| JOSEPH KOHN | Ok… | Sí… |
| | | |
| DONZIGER | …uhm… bully the company, woo dissident shareholders … like they used all this kooky language and they, uhm [chuckles] … | … eh… amedrentar a la compañía, cautivar a los accionistas disidentes …y utilizan todo este lenguaje extraño y ellos, ah [risa entre los dientes] … |
| | | |
| KOHN | [chuckles] | [risa entre los dientes] |
| | | |
| DONZIGER | … so… so they—they threw back this letter that— | … así… así que ellos—ellos respondieron con esta carta que— |
| | | |
| KOHN | If only they knew. | Si tan sólo supieran. |
| | | |
| DONZIGER | Yeah, exactly. We would never do something like that… | Sí, exactamente. Nosotros nunca haríamos algo así… |
| | | |
| KOHN | Yeah [chuckles] | Sí [risa entre los dientes] |
| | | |
| | [end of recording] | [fin de grabación] |



**GEOTEXT**
Translations, Inc.

STATE OF CALIFORNIA
)
)
)
COUNTY OF SAN FRANCISCO  )        ss


## <u>CERTIFICATION</u>


This is to certify that the attached translation is, to the best of my knowledge and belief, a true

and accurate translation from English into Spanish of the attached transcription excerpt CRS-169-

05-CLIP-10.



Nicholas Bocek, Managing Editor
Geotext Translations, Inc.




State of California, County of San Francisco

Subscribed and sworn to (or affirmed) before me

on this 8th day of _August_, 20 10,

by __Nicholas Bocek__ ,

proved to me on the basis of satisfactory evidence

to be the person(s) who appeared before me.

Signature:



BRANDON CARNEY
COMM. # 1755114
NOTARY PUBLIC - CALIFORNIA
SAN FRANCISCO COUNTY
My Comm. Expires July 3, 2011

New York  259 West 30th Street, 17th Floor, New York, NY 10001, U.S.A. **tel** 212.631.7432 **fax** 212.631.7778
San Francisco  220 Montgomery Street, 3rd Floor, San Francisco, CA 94104, U.S.A. **tel** 415.576.9500 **fax** 415.520.0525
London   107-111 Fleet Street, London EC4A 2AB, United Kingdom **tel** +44.(0)20.7936.9002 **fax** +44.(0)20.7990.9909
Hong Kong  20th Floor, Central Tower, 28 Queen's Road, Central, Hong Kong **tel** +852.2159.9143 **fax** +852.3010.0082
translations@geotext.com  |  www.geotext.com

**Title of Clip: CRS-169-05-CLIP-10**

| SPEAKER | ORIGINAL | TRANSLATION (Spanish) |
|---|---|---|
| JOSEPH KOHN | I also saw a thing… what was that thing from Winston yesterday? That excerpt… that quote… | También vi algo… ¿qué era eso de Winston ayer? ¿Ese extracto… esa cita… |
| | | |
| STEVEN DONZIGER | Yeah, I had to— [overlapped voices] | Sí, tuve que— [voces solapadas] |
| | | |
| KOHN | … from the former ambassador ? | … del ex embajador? |
| | | |
| DONZIGER | Yeah… can you believe that? | Sí… ¿puedes creerlo? |
| | | |
| KOHN | So that was something they found in the discovery? | Así que ¿eso es algo que encontraron entre las pruebas intercambiadas? |
| DONZIGER | Yeah. There's so much in the discovery… | Sí. Hay tantas cosas entre las pruebas intercambiadas… |
| | | |
| KOHN | I mean, all that stuff we'd assume they would just [unintelligible] | Es decir, todas esas cosas supondríamos que ellos sólo [ininteligible] |
| | | |
| DONZIGER | Yeah— | Sí— |
| | | |
| KOHN | … but that's got to help, I mean, in terms of… | … pero eso tiene que ayudar, es decir, en términos de… |
| | | |
| DONZIGER | Yeah… | Sí… |
| | | |
| KOHN | … the whole… | … todo eso de… |
| | | |
| DONZIGER | Yeah, it's all help--… | Sí, sí. Todo ayuda… |
| | | |
| KOHN | … duplicity if they wanted to be in Ecuador… | … la duplicidad si ellos querían estar en Ecuador… |
| | | |
| DONZIGER | Th— they did a, uh— they did a response to Chevron's statement of undisputed facts… | Pre— preparon una, eh— una respuesta a la declaración de hechos incuestionados de Chevron.. |
| | | |
| KOHN | Okay. | Bien. |
| | | |
| DONZIGER | … and I— I'll send it to you, I mean I don't have the final… | … y yo— yo te lo enviaré, digo, no tengo el final… |
| | | |
| KOHN | Mm-hmm. | Mm-hmm. |
| | | |
| DONZIGER | … I was helping them with it last night…  but it was, uhm… | … yo les ayudaba con ello anoche… pero era, eh… |
| | | |
| KOHN | Mm-hmm. | Mm-hmm. |

| DONZIGER | ... there's so much in there that exposes them... | ... hay tanto allí que los deja expuestos... |
|---|---|---|
| | | |
| | [end of recording] | [fin de la grabación] |


**GEOTEXT**
Translations, Inc.

STATE OF CALIFORNIA

                  )
                  )
                  )

COUNTY OF SAN FRANCISCO )     ss

## __CERTIFICATION__

This is to certify that the attached translation is, to the best of my knowledge and belief, a true
and accurate translation from English into Spanish of the attached transcription excerpt CRS-170-
00-CLIP-00.

Nicholas Bocek, Managing Editor
Geotext Translations, Inc.

State of California, County of San Francisco

Subscribed and sworn to (or affirmed) before me

on this 8th day of August , 20 10 ,

by Nicholas Bocek ,

proved to me on the basis of satisfactory evidence

to be the person(s) who appeared before me.

Signature:


BRANDON CARNEY
COMM. # 1755114
NOTARY PUBLIC - CALIFORNIA
SAN FRANCISCO COUNTY
My Comm. Expires July 3, 2011

New York   259 West 30th Street, 17th Floor, New York, NY 10001, U.S.A. tel 212.631.7432 fax 212.631.7778
San Francisco   220 Montgomery Street, 3rd Floor, San Francisco, CA 94104, U.S.A. tel 415.576.9500 fax 415.520.0525
London   107-111 Fleet Street, London EC4A 2AB, United Kingdom tel +44.(0)20.7936.9002 fax +44.(0)20.7990.9909
Hong Kong   20th Floor, Central Tower, 28 Queen's Road Central, Hong Kong tel +852.2159.9143 fax +852.3010.0082

translations@geotext.com | www.geotext.com

**TITLE OF CLIP:   CRS-170-00-CLIP-00**

| SPEAKER | ORIGINAL | TRANSLATION (Spanish) |
|---|---|---|
| STEVEN DONZIGER | Y-- you know, th-- th-- this is a-- this is a document that we prepared for the *Vanity Fair* reporter and it has this whole, you know-- this-- this is what the gov-- uh, the Attorney General of Ecuador gave to the U.S. Department of Justice, which is about… | Sab-- sabes, es-- es-- este es un-- este es un documento que preparamos para el reportero de *Vanity Fair*, y tiene todo esto de, sabes -- esto-- esto es lo que el gob-- eh, el Procurador General de Ecuador le dio al Departamento de Justicia de Estados Unidos, que es sobre… |
| | | |
| JOSEPH KOHN | Okay. | Bien. |
| | | |
| DONZIGER | … the fraud. You know, and it's a really solid… | … el fraude. Ya sabes, y es una… |
| | | |
| KOHN | Okay. | Bien. |
| | | |
| DONZIGER | …capitulation-- | … capitulación muy sólida-- |
| | | |
| KOHN | But, why does it say, like, Amazon Defense on the front? Why doesn't it say Attorney General's? You know… | Pero, ¿por qué dice esto de Frente de Defensa de la Amazonía en la portada? ¿Por qué no dice Procuraduría General? Sabes… |
| | | |
| DONZIGER | Oh… | ¡Ah! |
| | | |
| KOHN | … this is our summary of what he did? | … ¿esto es nuestro resumen de lo que él hizo? |
| | | |
| DONZIGER | Yeah.  You-- | Sí. Tú-- |
| | | |
| KOHN | That's really what it says. | En realidad, eso es lo que dice. |
| | | |
| DONZIGER | … y-- y-- y-- you know, look. For-- for-- for-- for-- for a couple of years we've been trying to get the Attorney General … | … t-- t-- t-- tú sabes, mira. Por-- por-- por-- por-- por un par de años hemos estado tratando de conseguir que el Procurador General… |
| | | |
| KOHN | Yeah. | Sí. |
| | | |
| DONZIGER | … to do something about this. | … haga algo al respecto. |
| | | |
| KOHN | Right. | Correcto. |
| | | |
| DONZIGER | Well, its clear th-- that they don't even know how to put out a press release, much less write a report. | Pues, está claro qu-- que ellos ni siquiera saben publicar un boletín de prensa, mucho menos redactar un informe. |
| | | |
| KOHN | Right. | Correcto. |
| | | |
| DONZIGER | You know? So, we did the work for him. | Tú sabes. Así que, hicimos el trabajo por él. |
| | | |
| KOHN | Okay. | Bien. |

| DONZIGER | Gave it to him. And of course, he's not gonna put his name on it. So, what he did is he took this and he said, 'I've been given this report, … | Se lo dimos. Y, claro está, él no va a poner su nombre ahí. Así que lo que hizo fue tomar esto y decir, "Se me ha dado este informe…" |
|---|---|---|
| | | |
| KOHN | Oh, okay. | ¡Ah!, bien. |
| | | |
| DONZIGER | … I've read it, and it has some very disturbing information… | … ya lo leí, y tiene información bastante inquietante… |
| | | |
| KOHN | 'Let me know.' | 'Déjame saber.' |
| | | |
| DONZIGER | … Please investigate.' | … Por favor, investiguen.' |
| | | |
| KOHN | Okay. | Bien. |
| | | |
| DONZIGER | Okay. | Bien. |
| | | |
| KOHN | Got you. | Ya te entendí. |
| | | |
| DONZIGER | So… | Así que… |
| | | |
| KOHN | So, he does, sort of, a covering letter… | Así que él hace una especie de una carta de introducción… |
| | | |
| DONZIGER | Exactly. | Exacto. |
| | | |
| KOHN | Alright. | Bien. |
| | | |
| DONZIGER | He does a covering letter.  You know. | Hace una carta de introducción, ya sabes. |
| | | |
| KOHN | Alright. | Bien. |
| | | |
| DONZIGER | And then… | Y luego… |
| | | |
| KOHN | So, again, that may be something that we could facilitate going away at the right time… | Así que, otra vez, eso podría ser algo que podremos agilizar para que desaparezca en el momento oportuno… |
| | | |
| DONZIGER | Exactly. | Exacto. |
| | | |
| KOHN | … if they wanted it to go away. | … si quisieran que desapareciera. |
| | | |
| DONZIGER | Precisely. | Precisamente. |
| | | |
| KOHN | Yeah. | Sí. |
| | | |
| DONZIGER | And then, [overlapped voices] | Y luego, [varias voces a la vez] |
| | | |
| DONZIGER | Not that-- not sure our great Attorney General's office is doing anything | No es que-- no estoy seguro que nuestra gran Procuraduría General  esté haciendo algo, sin |

| | | |
|---|---|---|
| | [unintelligible] | embargo [ininteligible] |
| | | |
| DONZIGER | Yeah. Exactly, and then this is [cut-off] | Sí. Exacto, y luego esto es [se corta] |
| | | |
| | [end of recording] | [fin de grabación] |



**GEOTEXT**
Translations, Inc.

STATE OF CALIFORNIA                )
                                   )
                                   )
COUNTY OF SAN FRANCISCO )          ss

## **CERTIFICATION**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true

and accurate translation from English into Spanish of the attached transcription excerpt CRS-170-

00-CLIP-01.

Nicholas Bocek, Managing Editor
Geotext Translations, Inc.

State of California, County of San Francisco

Subscribed and sworn to (or affirmed) before me

on this 5th day of August , 20 10 ,

by Nicholas Bocek ,

proved to me on the basis of satisfactory evidence

to be the person(s) who appeared before me.

Signature:



BRANDON CARNEY
COMM. # 1755114
NOTARY PUBLIC - CALIFORNIA
SAN FRANCISCO COUNTY
My Comm. Expires July 3, 2011

New York  259 West 30th Street, 17th Floor, New York, NY 10001, U.S.A. **tel** 212.631.7432 **fax** 212.631.7778
San Francisco  220 Montgomery Street, 3rd Floor, San Francisco, CA 94104, U.S.A. **tel** 415.576.9500 **fax** 415.520.0525
London  107-111 Fleet Street, London EC4A 2AB, United Kingdom **tel** +44.(0)20.7936.9002 **fax** +44.(0)20.7990.9909
Hong Kong  20th Floor, Central Tower, 28 Queen's Road Central, Hong Kong **tel** +852.2159.9143 **fax** +852.3010.0082

translations@geotext.com | www.geotext.com

TITLE OF CLIP:   CRS-170-00-CLIP-01

| SPEAKER | ORIGINAL | TRANSLATION (Spanish) |
|---|---|---|
| | [telephone ringing] | [suena un teléfono] |
| STEVEN DONZIGER | …and they also have this-- this issue with, uh, the gulf witness who they denied ever contacting. | … y también tienen este-- este asunto con, eh, el testigo del golfo, con el que niegan haberse contactado. |
| JOSEPH KOHN | Oh, yeah, yeah, yeah. | Ah, sí, sí, sí. |
| DONZIGER | They lied about that. | Mintieron sobre eso. |
| KOHN | How did that come -- Did that come out? | ¿Cómo llegó eso-- ¿Eso se supo? |
| DONZIGER | Well, this is the thing. | Pues, la cosa es así. |
| KOHN | Not really. They're too nice [unintelligible] | En realidad, no. Son demasiado amables [ininteligible] |
| DONZIGER | Raul told me that in confidence, 'cause he's… | Raúl me dijo eso en secreto, porque él… |
| KOHN | Okay… | Bien… |
| DONZIGER | … discussed it with… | … lo ha hablado con… |
| KOHN | … yeah, yeah, yeah. | … sí, sí, sí. |
| DONZIGER | … the partners. So, I haven't been able to talk to him about it… | … los socios. Así que no he podido hablar con él sobre eso… |
| KOHN | Right. | Correcto. |
| DONZIGER | … and Raul is, like, the-- the least experienced litigator…. | … y Raúl es, digamos, el-- el que tiene menos experiencia como abogado litigante… |
| KOHN | Yeah. | Sí. |
| DONZIGER | … in the group. | … en el grupo. |
| KOHN | Yeah. | Sí. |
| DONZIGER | He's not really a litigator. So I'm, like, what's up with that piece of information? I said, 'Don't you want to tell Sand that before the summary judgment motions are decided?' I said,… | En realidad, no es abogado litigante. Así que me pregunto qué pasa con ese dato. Le dije, "No se lo quieres decir a Sand antes del fallo sobre las peticiones para juicio sumario?" Le dije,… |
| KOHN | Yeah. | Sí. |
| DONZIGER | … 'How you gonna feel if they decide against | … "¿Cómo te vas a sentir si deciden en tu |

| | you and you never told him that? | contra, y tú nunca le dijiste eso a él?" |
|---|---|---|
| | | |
| KOHN | Right. | Correcto. |
| | | |
| DONZIGER | You know what I mean? | ¿Entiendes lo que digo? |
| | | |
| KOHN | Uh-huh. | Ajá. |
| | | |
| DONZIGER | So, I think they ought to-- you know, Raul's like, 'Oh, it's a bar violation.' I said, 'Forget the bar.' I said, 'Just tell Sand they lied to you… as part… | Así que, creo que deberían-- sabes, dice Raúl, "Ah, sólo va en contra de las reglas del colegio [de abogados].' Yo le dije, "Olvídate del colegio". Dije, "Sólo dile a Sand que te mintieron… como parte…" |
| | | |
| KOHN | Mm-hmm. | Hmm. |
| | | |
| DONZIGER | … of this proceeding.' | … de este  proceso.' |
| | | |
| KOHN | Right. | Correcto. |
| | | |
| DONZIGER | You know? I mean, that-- that fact alone will equalize all their other bullshit. Neutralize it, I mean… | ¿Sabes? Es decir, ese-- ese dato en sí equilibrará toda la otra mierda de ellos. La neutralizará, digo… |
| | | |
| KOHN | Right. | Correcto. |
| | | |
| DONZIGER | … you know? | … ¿sabes? |
| | | |
| KOHN | Are you [cut-off] | Estás |
| | | |
| | [end of recording] | [fin de grabación] |



**GEOTEXT**
Translations, Inc.

STATE OF CALIFORNIA )
)
)
COUNTY OF SAN FRANCISCO ) ss

## <u>CERTIFICATION</u>

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English and English into Spanish of the attached transcription excerpt CRS-189-01-CLIP-01.

Nicholas Bocek, Managing Editor
Geotext Translations, Inc.

State of California, County of San Francisco
Subscribed and sworn to (or affirmed) before me
on this 9th day of August , 20 10 ,
by Nicholas Bocek ,
proved to me on the basis of satisfactory evidence
to be the person(s) who appeared before me.
Signature: _____

BRANDON CARNEY
COMM. # 1755114
NOTARY PUBLIC - CALIFORNIA
SAN FRANCISCO COUNTY
My Comm. Expires July 3, 2011

New York 259 West 30th Street, 17th Floor, New York, NY 10001, U.S.A. tel 212.631.7432 fax 212.631.7778
San Francisco 220 Montgomery Street, 3rd Floor, San Francisco, CA 94104, U.S.A. tel 415.576.9500 fax 415.520.0525
London 107-111 Fleet Street, London EC4A 2AB, United Kingdom tel +44.(0)20.7936.9002 fax +44.(0)20.7990.9909
Hong Kong 20th Floor, Central Tower, 28 Queen's Road, Central, Hong Kong tel +852.2159.9143 fax +852.3010.0082
translations@geotext.com | www.geotext.com

TITLE OF CLIP:  **CRS-189-01-CLIP-01**

UMV = Unidentified Male Voice (Voz Masculina No Identificada)

| SPEAKER | ORIGINAL | TRANSLATION (Spanish) | TRANSLATION (English) |
|---|---|---|---|
| PABLO FAJARDO | Está el pozo Charapa-1. | | Charapa-1 well is there. |
| UMV | Ah, Charapa-1—es—es [voces solapadas] | | Oh, Charapa-1—that's—that's [overlapped voices] |
| FAJARDO | … y está—que fue perforado por Texaco en el año '69. | | … and it's—it was drilled by Texaco in '69. |
| STEVEN DONZIGER | ¿En serio? | | Really? |
| FAJARDO | Sí. | | Yes. |
| UMV | Sí. Ahí [ininteligible] | | Yes. There [unintelligible] |
| FAJARDO | Ahí tienen—ahí hay tres piscinas, sin remediar. | | There they have—there are three unremediated pits there. |
| UMV | Sí. | | Yes. |
| FAJARDO | ¿Sí? Igual en Berbejo [sic], también. Campo Bermejo también. | | Right? Same in Berbejo [sic], too. Bermejo Camp as well. |
| DONZIGER | Pero, Charapa-1 nunca fue produc—produciendo. | | But, Charapa-1 was never produc—producing. |
| FAJARDO | Sí, sí produjo. | | Yes, it was in production. |
| UMV | Sí, produjo el Charapa-1. | | Yes, Charapa-1 was in production. |
| FAJARDO | Sí, produjo. | | Yes, it was in production. |
| DONZIGER | ¿Por cuántos años? | | For how many years? |
| FAJARDO | No me recuerdo, pero… | | I don't recall, but… |
| UMV | Tres, cuatro años, no más. No mucho. | | Three, four years, that's all. Not long. |
| DONZIGER | Eso es una [sic] buen pedazo de prueba. | | That is a good piece of evidence. |
| UMV | Uh-huh. | | Uh-huh. |

| | | | |
|---|---|---|---|
| FAJARDO | Claro. | | Certainly. |
| DONZIGER | Hecho por Texaco, dejado por cuarenta años. [voces indistintas] ¿Hay—hay—hay caminos, carreteras hasta esa [voces solapadas] | | Built by Texaco, left for forty years. [indistinct voices]. Are there—are there—are there roads, highways going to that [overlapped voices] |
| UMV | ... todo, todo, todo... [voces solapadas] | | ... everything, everything, everything [overlapped voices] |
| LUIS YANZA | ...  por ahí se [ininteligible] los amigos del otro lado... [voces solapadas] | | ... friends from the other side [unintelligible] through there... [overlapped voices] |
| UMV | Aquí están los del otro, ¿no es cierto? | | Here are the ones from the other side, right? |
| YANZA | Era una zona de conflicto. | | It was a conflict zone. |
| UMV | Eso era la zona de conflicto... [voces solapadas] | | That was a conflict zone... [overlapped voices] |
| DONZIGER | Mm-jmm. | | Mm-hmm. |
| YANZA | No, en serio. | | No, really. |
| DONZIGER | ¿En serio? | | Really? |
| ANN MAEST | Oh... oh... | Ah... ah... | |
| DONZIGER | [unintelligible] amigos from the other side. | [ininteligible] amigos del otro lado. | [unintelligible] friends from the other side. |
| UMV | Bermejo—Bermejo es hac—hac—hacia—hacia—hacia... | | Bermejo—Bermejo is tow--tow—toward—toward—toward... |
| MAEST | ... I see. | ... ya veo. | |
| DONZIGER | The FARC. | El FARC. | |
| MAEST | Oh, the FARC... | Ah, el FARC... | |
| | [voces solapadas] | | [overlapped voices] |
| CHARLES CHAMP | That's where we were driving through. That's where we drove through. | Atravesábamos por ahí. Por ahí atravesamos manejando. | |
| UMV | ... el oeste. Ahí está una— | | ... the west. There is a—a—a |

| | | | |
|---|---|---|---|
| | una—una empresa privada y—y ha taponado la mayoría  [se corta] | | private company and—and it has plugged most [cut-off] |
| | | | |
| | [fin de grabación] | | [end of recording] |

# MERRILL
# BRINK INTERNATIONAL

Merrill Brink International Corporation



225 Varick Street
New York, NY 10014 • (212) 620-5600

State of New York    )
                     )    ss:
County of New York   )

### Certificate of Accuracy

This is to certify that the attached translation is, to the best of our knowledge and belief, a true, accurate and complete translation from Spanish into English of the attached transcription excerpt CRS-198-00-CLIP-04

Dated: August 4, 2010

Maya Sidhu
Project Manager, Legal Translations
Merrill Brink International

Sworn to and signed before
Me, this ____ 4th ____ day of
_____ August _____ 2010

Notary Public

GINA ST LAURENT
Notary Public, State of New York
No. 01ST6146442
Qualified in New York County
Commission Expires May 15, 2014

TITLE OF CLIP: CRS-198-00-CLIP-04

UI = Unintelligible

| SPEAKER | ORIGINAL | TRANSLATION (English) | TRANSLATION (Spanish) |
|---|---|---|---|
| STEVEN DONZIGER | ...más cantidad de plata. No estoy tan seguro que quiero hacer, que quiero que hagamos la cantidad de plata. Pero es una posibilidad que discutir. ¿Okay? Materiales, okay, número uno es boletín. | ... a larger amount of money. I'm not so sure I want us to make that amount of money. But it's a possibility we can discuss. Okay? Materials, okay, number one is bulletin. | N/A |
| MARÍA EUGENIA GARCEZ | Es-, espérame un... | Hold, hold on a... | N/A |
| STEVEN DONZIGER | Oh, chuta ol-, olvidé la cuestión del fiscal. | Oh, shoot! I, I forgot about the prosecutor. | N/A |
| MARÍA EUGENIA GARCEZ | Eso. Um hm. | That's right. Um hm. | N/A |
| MARÍA GUADALUPE LUISA de HEREDIA GARCÍA | El, el fiscal. | The, the prosecutor. | N/A |
| STEVEN DONZIGER | Okay, entonces la idea que yo creo, el fiscal puede ver también la noticia de ahora, ¿okay? Entonces yo creo que la cuestión es sí... hay dos cuestiones: Si hagamos los dos temas o un tema. Número dos, si hagamos los dos temas, ¿en qué orden? | Okay then, so what I think is that the prosecutor can see today's news too, okay? So I think the question is if... there are two questions. Whether we do both subjects or one subject. Number two, if we do both subjects, in what order? | N/A |
| MARÍA EUGENIA GARCEZ | A ver, yo creo que la noticia realmente la, la más atractiva va a ser la del fiscal. Porque eso le abre otro frente a Texaco y además, es pedir una demanda penal. | Let's see, I think the most attractive news is going to be the prosecutor's. Because that opens up another front for Texaco and besides, it calls for criminal charges. | N/A |
| STEVEN DONZIGER | Okay, pero Luís, ¿qué tenemos en eso, exactamente? En la carta de, ¿firmado por quién¿ | Okay, but Luis, what have we got on that, exactly? In the letter, signed by whom? | N/A |
| LUIS YANZA | Eh, lo mismo que estaba con unos cambios que se hizo Pablo y enfocado para que firmen organizaciones. | Uh, it's the same but with a few changes that Pablo made, focused on getting organizations to sign it. | N/A |
| STEVEN DONZIGER | ¿Pero cuántos van a firmar, y quién? | But how many people are going to sign and who? | N/A |
| LUIS YANZA | Están firmadas ya, los dirigentes de las nacionalidades. | They're already signed by the leaders of the different peoples. | N/A |
| STEVEN DONZIGER | Okay, ¿y quién más? | Okay, and who else? | N/A |
| LUIS YANZA | Eh, y del Frente, [UI]. Está firmado por Eduardo, María Gabriela y mañana firma Esperanza, y espero hacer firmar a Luís Marcas. Hasta ahí ... | Uh, and from the Front, [UI].It's signed by Eduardo, Maria Gabriela, and Esperanza is going to sign tomorrow and I hope to get Luis Marcas to sign it. That's as far... | N/A |
| MARÍA EUGENIA YÉPEZ REGALADO | ¿Pero eso tenemos para el martes? | But can we have that by Tuesday? | N/A |
| LUIS YANZA | Sí. | Yes. | N/A |
| MARÍA EUGENIA YÉPEZ REGALADO | ¿Sí? | Yes? | N/A |

**25**

TITLE OF CLIP: CRS-198-00-CLIP-04

UI = Unintelligible

| MARÍA GUADALUPE LUISA de HEREDIA GARCÍA | Sí. | Yes. | N/A |
|---|---|---|---|
| STEVEN DONZIGER | Okay, primero, ¿piensan ustedes que debe firmar alguien más que es factible para mañana? No sé, para, para hacerlo más fuerte. Eso es fuerte, para hacerlo más fuerte. | Okay, first of all, do you think somebody else should sign who is feasible tomorrow? I don't know, to, to make it stronger. That's strong, to make it stronger. | N/A |
| MARÍA EUGENIA YÉPEZ REGALADO | Tal vez firmará Eduardo Delgado. | Maybe Eduardo Delgado will sign. | N/A |
| LUIS YANZA | Está firmado ya. | It's already signed. | N/A |
| MARÍA EUGENIA YÉPEZ REGALADO | ¿Está firmado? Perfecto.- | It's already signed? Perfect. | N/A |
| LUIS YANZA | Ya está firmado. | It's already signed. | N/A |
| MARÍA EUGENIA YÉPEZ REGALADO | Eso es fuerte. | That is strong. | N/A |
| MARÍA GUADALUPE LUISA de HEREDIA GARCÍA | ¿Va estar Eduardo Delgado en la rueda de prensa? | Is Eduardo Delgado going to be at the press conference? | N/A |
| LUIS YANZA | Sí, tengo que decirle. | Yes, I have to tell him. | N/A |
| STEVEN DONZIGER | ¿Y Alexis, no quiere que firme? | And Alexis, do you want him to sign? | N/A |
| LUIS YANZA | No me ha contestado, hasta ahora. No sé qué pasó. | I haven't heard back yet. I don't know what happened. | N/A |
| STEVEN DONZIGER | ¿Pero idealmente quiere que firmara o no? | But ideally, do you want him to sign or not? | N/A |
| LUIS YANZA | Si puede firmar, bien, si no, tampoco, no... | If he can sign, good, if not, that's all right too. | N/A |
| STEVEN DONZIGER | Ya, no es... | He's not... | N/A |
| LUIS YANZA | ...no me, no me... | ...he hasn't, he hasn't... | N/A |
| STEVEN DONZIGER | Él es un poquito desprestigiado. | He's been discredited a little... | N/A |
| LUIS YANZA | Ahorita no está muy... | Right now it's not very... | N/A |
| STEVEN DONZIGER | ¿Hay alguien más? | Is there anyone else? | N/A |
| MARÍA EUGENIA YÉPEZ REGALADO | A mí me parece que es un tema súper importante el de los noventa días de reemplazo, porque la cantidad de plata como... | I think a very important subject is the ninety-day replacement thing because the amount of money like... | N/A |
| | [end of recording] | [end of recording] | N/A |



STATE OF CALIFORNIA          )
                             )
                             )
COUNTY OF SAN FRANCISCO  )          ss

## **CERTIFICATION**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true

and accurate translation from Spanish into English of the attached transcription excerpt

CRS210-02-CLIP 01.

Brandon Carney, West Coast Regional Manager
Geotext Translations, Inc.

State of California, County of San Francisco

Subscribed and sworn to (or affirmed) before me

on this 11ᵗʰ day of August , 20 10 ,

by _Brandon Carney_ ,

proved to me on the basis of satisfactory evidence

to be the person(s) who appeared before me.

Signature: _____

MELISSA PIERONI
COMM. # 1755133
NOTARY PUBLIC - CALIFORNIA
SAN FRANCISCO COUNTY
My Comm. Expires July 3, 2011

New York  259 West 30th Street, 17th Floor, New York, NY 10001, U.S.A. tel +1.212.631.7432 fax +1.212.631.7778
San Francisco  220 Montgomery Street Ste. 438, San Francisco CA 94104 U.S.A tel +1.415.576.9500 fax +1.415.520.0525
Washington 1025 Connecticut Avenue, Suite 1000, Washington, DC 20036, U.S.A. Tel +1.202.828.1267 Fax +1.202.828.1271
London  8-11 St. John's Lane, London EC1M 4BF, United Kingdom Tel +44.20.7553.4100 Fax+44.20.7990.9909
Paris 75 Boulevard Haussmann, F- 75008 Paris, France tel +33.1.42.68.51.47 fax +33.1.77.72.90.25
Hong Kong  20th Floor, Central Tower, 28 Queen's Road, Central, Hong Kong tel +852.2159.9143 fax +852.3010.0082
translations@geotext.com  |  www.geotext.com

TITLE OF CLIP:    CRS210-02-CLIP 01

UV = Unidentified Voice (Voz No Identificada)

| SPEAKER | ORIGINAL | TRANSLATION (English) |
|---|---|---|
| | | |
| LUIS MACAS | Nosotros, desde las nacionalidades indígenas, desde nuestras organizaciones, queremos, eh, decir al país y al mundo, eh, finalmente son trece años de esperas, o más de trece años, que este caso, eh, se viene arrastrando, y por qué.  La compañía Texaco ha puesto todos los-- los, uh, obstáculos, como se ha dicho aquí, ha querido recubrir, precisamente, a cualquiera de los mecanismos a fin de poder prolongar el tiempo. Como decimos nosotros, comúnmente, tratando de quemar el tiempo. Todo, prácticamente, el proceso. De tal modo de que, nosotros, desde las nacionalidades indígenas donde realmente están afectados, los hermanos siona, secoya, los cofanes, huaoranis, quichuan, y la comunidad campesina no-indígena, son compañeros que han resistido en esta lucha, y son compañeros que han venido, obviamente, trabajando durante todos los trece años. No, quizás, solamente porque, eh, se siente ahí la violación a los derechos fundamentales de las personas, los derechos colectivos que están contemplado [sic] en la Constitución Política del Estado, y que también garantiza estos mismos derechos de los pueblos indígenas el convenio ciento sesenta y nueve, sino porque la agresión con que ha actuado la compañía Texaco va en contra de la soberanía del Estado. En contra de todos los derechos | We, from the indigenous nationalities, from our organizations, we want, uh, to tell the country and the world, uh, finally it has been thirteen years of delays, or over thirteen years, that this case, uh, has been dragging, and why. The Texaco company has put all of the-- the, uh, obstacles, as it has been said here, it has wanted to cover, precisely, any mechanism in order to prolong time. As we commonly say, trying to burn time. Practically the  entire trial. Therefore, we, from the indigenous nationalities that are truly affected, our Siona, Secoya, Cofan, Huaorani, Quichuan brothers, and the non-indigenous farming community, are friends who have withstood this fight, and are friends who have been, obviously, working throughout these thirteen years. Not, perhaps, only because, uh, you can perceive the violation of people's fundamental rights, the collective rights under the Political Constitution of the State, these rights of indigenous peoples also being protected by covenant one hundred sixty-nine, but because the aggressive manner in which the Texaco company has acted goes against the sovereignty of the State. Against the rights of all Ecuadorians. That is why we believe that this time, decisively, with this last recourse that remains, which is the global expert assessment, that the attorneys are filing, and which they will obviously explain, will mark the end of this case. In no way would we |

| | | |
|---|---|---|
| | de los ecuatorianos y ecuatorianas. Y, por eso, creemos de que esta vez, definitivamente, con este último recurso que queda, que es el peritaje global, que están presentando los abogados, y obviamente que lo explicarán ellos, sea ya el punto final de este caso. No quisiéramos, de ninguna manera, aunque el día de ayer estuvimos en el -- en el juzgado, hablando con el Presidente de la Corte Superior de... | want, although yesterday we were in the-- in the court, speaking with the President of the Superior Court of... |
| | | |
| UV | Nueva Loja. | Nueva Loja. |
| | | |
| MACAS | ... Sucumbíos, de Nueva Loja, él nos decía, mostrándonos cinco tomos de presentación como argumento para que no se realice este peritaje global, presentado por la Texaco, esas cosas son los [sic] que van prolongando en el tiempo este... este caso tan importante. Como, vuelvo y repito, no solamente para las nacionalidades indígenas, para los campesinos afectados, sino para todos los ecuatorianos. | ... Sucumbíos, in Nueva Loja, he told us, showing us five volumes of filings in arguments against this global expert assessment being conducted, filed by Texaco, these things are those that prolong time in this... this case which is so important. As I have said, not only for the indigenous nationalities, for the affected farmers, but for all Ecuadorians. |
| | | |
| | [susurros ininteligibles] | [unintelligible whispering] |
| | | |
| | [fin de grabación] | [end of recording] |