

GEOTEXT
Translations, Inc.

STATE OF CALIFORNIA      )
                         )
                         )
COUNTY OF SAN FRANCISCO  )        ss


## <u>CERTIFICATION</u>


This is to certify that the attached translation is, to the best of my knowledge and belief, a true

and accurate translation from Spanish into English of the attached transcription excerpt

CRS210-02-CLIP 01.


Brandon Carney, West Coast Regional Manager
Geotext Translations, Inc.


State of California, County of San Francisco

Subscribed and sworn to (or affirmed) before me

on this 10th day of August , 20 10 ,

by Brandon Carney ,

proved to me on the basis of satisfactory evidence

to be the person(s) who appeared before me.

Signature:



MELISSA PIERONI
COMM. # 1755133
NOTARY PUBLIC - CALIFORNIA
SAN FRANCISCO COUNTY
My Comm. Expires July 3, 2011

New York  259 West 30th Street, 17th Floor, New York, NY 10001, U.S.A. tel 212.631.7432 fax 212.631.7778
San Francisco  220 Montgomery Street, 3rd Floor, San Francisco, CA 94104, U.S.A. tel 415.576.9500 fax 415.520.0525
London  107-111 Fleet Street, London EC4A 2AB, United Kingdom tel +44.(0)20.7936.9002 fax +44.(0)20.7990.9909
Hong Kong  20th Floor, Central Tower, 28 Queen's Road, Central, Hong Kong tel +852.2159.9143 fax +852.3010.0082
translations@geotext.com  I  www.geotext.com

**30**

TITLE OF CLIP:___CRS210-02-CLIP 01_____

UV = Unidentified Voice (Voz No Identificada)

| SPEAKER | ORIGINAL | TRANSLATION (English) |
|---|---|---|
| | | |
| LUIS MACAS | Nosotros, desde las nacionalidades indígenas, desde nuestras organizaciones, queremos, eh, decir al país y al mundo, eh, finalmente son trece años de esperas, o más de trece años, que este caso, eh, se viene arrastrando, y por qué.  La compañía Texaco ha puesto todos los-- los, uh, obstáculos, como se ha dicho aquí, ha querido recubrir, precisamente, a cualquiera de los mecanismos a fin de poder prolongar el tiempo. Como decimos nosotros, comúnmente, tratando de quemar el tiempo. Todo, prácticamente, el proceso. De tal modo de que, nosotros, desde las nacionalidades indígenas donde realmente están afectados, los hermanos geona, secoya, los cofanes, guaranis, quichuan, y la comunidad campesina no-indígena, son compañeros que han resistido en esta lucha, y son compañeros que han venido, obviamente, trabajando durante todos los trece años. No, quizás, solamente porque, eh, se siente ahí la violación a los derechos fundamentales de las personas, los derechos colectivos que están contemplado [sic] en la Constitución Política del Estado, y que también garantiza estos mismos derechos de los pueblos indígenas el convenio ciento sesenta y nueve, sino porque la agresión con que ha actuado la compañía Texaco va en contra de la soberanía del Estado. En contra de todos los derechos | We, from the indigenous nationalities, from our organizations, we want, uh, to tell the country and the world, uh, finally it has been thirteen years of delays, or over thirteen years, that this case, uh, has been dragging, and why. The Texaco company has put all of the-- the, uh, obstacles, as it has been said here, it has wanted to cover, precisely, any mechanism in order to prolong time. As we commonly say, trying to burn time. Practically the  entire trial. Therefore, we, from the indigenous nationalities that are truly affected, our Geona, Secoya, Cofan, Guarani, Quichuan brothers, and the non-indigenous farming community, are friends who have withstood this fight, and are friends who have been, obviously, working throughout these thirteen years. Not, perhaps, only because, uh, you can perceive the violation of people's fundamental rights, the collective rights under the Political Constitution of the State, these rights of indigenous peoples also being protected by covenant one hundred sixty-nine, but because the aggressive manner in which the Texaco company has acted goes against the sovereignty of the State. Against the rights of all Ecuadorians. That is why we believe that this time, decisively, with this last recourse that remains, which is the global expert assessment, that the attorneys are filing, and which they will obviously explain, will mark the end of this case. In no way would we |

| | | |
|---|---|---|
| | de los ecuatorianos y ecuatorianas. Y, por eso, creemos de que esta vez, definitivamente, con este último recurso que queda, que es el peritaje global, que están presentando los abogados, y obviamente que lo explicarán ellos, sea ya el punto final de este caso. No quisiéramos, de ninguna manera, aunque el día de ayer estuvimos en el -- en el juzgado, hablando con el Presidente de la Corte Superior de... | want, although yesterday we were in the-- in the court, speaking with the President of the Superior Court of... |
| UV | Nueva Loja. | Nueva Loja. |
| MACAS | ... Sucumbíos, de Nueva Loja, él nos decía, mostrándonos cinco tomos de presentación como argumento para que no se realice este peritaje global, presentado por la Texaco, esas cosas son los [sic] que van prolongando en el tiempo este... este caso tan importante. Como, vuelvo y repito, no solamente para las nacionalidades indígenas, para los campesinos afectados, sino para todos los ecuatorianos. | ... Sucumbíos, in Nueva Loja, he told us, showing us five volumes of filings in arguments against this global expert assessment being conducted, filed by Texaco, these things are those that prolong time in this... this case which is so important. As I have said, not only for the indigenous nationalities, for the affected farmers, but for all Ecuadorians. |
| | [susurros ininteligibles] | [unintelligible whispering] |
| | [fin de grabación] | [end of recording] |



**GEOTEXT**
Translations, Inc.

STATE OF CALIFORNIA

)
)
)
COUNTY OF SAN FRANCISCO  )          ss

## **CERTIFICATION**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English and English into Spanish of the attached transcription excerpt CRS-268-000-Clip 01.

Nicholas Bocek
Geotext Translations, Inc.

State of California, County of San Francisco

Subscribed and sworn to (or affirmed) before me on this 5 day of August, 20 10, by _____,

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _____

```
BRANDON CARNEY
COMM. # 1755114
NOTARY PUBLIC - CALIFORNIA
SAN FRANCISCO COUNTY
My Comm. Expires July 3, 2011
```

New York 259 West 30th Street, 17th Floor, New York, NY 10001, U.S.A. tel 212.631.7432 fax 212.631.7778
San Francisco 220 Montgomery Street, 3rd Floor, San Francisco, CA 94104, U.S.A. tel 415.576.9500 fax 415.520.0525
London 107-111 Fleet Street, London EC4A 2AB, United Kingdom tel +44.(0)20.7936.9002 fax +44.(0)20.7990.9909
Hong Kong 20th Floor, Central Tower, 28 Queen's Road, Central, Hong Kong tel +852.2159.9143 fax +852.3010.0082
translations@geotext.com  |  www.geotext.com

TITLE OF CLIP:__CRS-268-000-Clip 01_____

UMV= Unidentified male voice

| SPEAKER | ORIGINAL | TRANSLATION (English) | TRANSLATION (Spanish) |
|---|---|---|---|
| STEVEN DONZIGER | Pues llamo la oficina de Pablo mañana por la mañana y discutimos—quizás es tiempo. Discuten entre ustedes, pero quizás ya es tiempo de llamar por la cabeza de Pérez Pallares de—dado a lo que dijo el presidente.  [pause] Suerte. Abrazos. Suerte. Ciao. | So I'll call Pablo's office tomorrow morning and we will discuss—perhaps it is time. Discuss among yourselves, but perhaps it is time to ask for the head of Pérez Pallares—given what the President said. [pause]. Good luck. Hugs. Good luck. Bye. | |
| UMV | What happened? | | ¿Qué pasó? |
| DONZIGER | Fantastic. Fantastic. Uh... ninety percent successful for us. They're—they're—they're so excited, you know...  I swear. It's awesome. | | Fantástico. Fantástico. Ah ... noventa por ciento exitoso para nosotros. Están—están—tan entusiasmados, sabe .. Se lo juro. Es impresionante. |
| UMV | What happened? | | ¿Qué pasó? |
| DONZIGER | It's awesome. He made the—he said the right things—all the—the entire Ecuadorian press corps was there and he's basically calling for the heads of government officials that signed off on the remediation, and he's totally with us. | | Es impresionante. Hizo—dijo las cosas correctas—todo—el cuerpo de prensa ecuatoriano entero estuvo presente y básicamente él está pidiendo las cabezas de los funcionarios gubernamentales que dieron su visto bueno a la remediación y está totalmente con nosotros. |
| UMV | Walk across the street. | | Camine al otro lado de la calle. |
| DONZIGER | [unintelligible] | | [unintelligible] |



**GEOTEXT**
Translations, Inc.

STATE OF CALIFORNIA )
)
)
COUNTY OF SAN FRANCISCO )         ss

## __CERTIFICATION__

This is to certify that the attached transcription is, to the best of my knowledge and belief, a true

and accurate English transcription of the attached excerpt CRS-269-01-04-CLIP-03.

Steve Walsh, West Coast Client Manager
Geotext Translations, Inc.

State of California, County of San Francisco

Subscribed and sworn to (or affirmed) before me

on this 5th day of _August_, 20 10,

by ___Steve Walsh___,

proved to me on the basis of satisfactory evidence

to be the person(s) who appeared before me.

Signature:



BRANDON CARNEY
COMM. # 1755114
NOTARY PUBLIC - CALIFORNIA
SAN FRANCISCO COUNTY
My Comm. Expires July 3, 2011

New York  259 West 30th Street, 17th Floor, New York, NY 10001, U.S.A. **tel** 212.631.7432 **fax** 212.631.7778
San Francisco  220 Montgomery Street, 3rd Floor, San Francisco, CA 94104, U.S.A. **tel** 415.576.9500 **fax** 415.520.0525
London  107-111 Fleet Street, London EC4A 2AB, United Kingdom **tel** +44.(0)20.7936.9002 **fax** +44.(0)20.7990.9909
Hong Kong  20th Floor, Central Tower, 28 Queen's Road, Central, Hong Kong **tel** +852.2159.9143 **fax** +852.3010.0082
translations@geotext.com | www.geotext.com

TITLE OF CLIP:   CRS-269-01-04-CLIP-03

UMV = Unidentified Male Voice
UV = Unidentified Voice (gender-neutral)

| SPEAKER | SOURCE |
|---------|--------|
| | |
| UMV | That you're prepared to admit. |
| | |
| STEVEN DONZIGER | Yeah. |
| | |
| | [chuckles] |
| | |
| DONZIGER | Just to get the names clear, okay, so, it's Dave, Josh... what is your name? Preston? |
| | |
| PRESTON | Preston. |
| | |
| DONZIGER | Okay. |
| | |
| | [overlapped, unidentified male voices] |
| | |
| DONZIGER | And... |
| | |
| UV | Doug. |
| | |
| DONZIGER | Doug. Okay. Cool. |
| | |
| | [overlapped, unidentified male voices] |
| | |
| DONZIGER | Our buddy Manuel ended up [cut-off] |
| | |
| | [end of recording] |



STATE OF CALIFORNIA                )
                                   )
                                   )
COUNTY OF SAN FRANCISCO  )          ss

## **CERTIFICATION**

This is to certify that the attached transcription is, to the best of my knowledge and belief, a true

and accurate English transcription of the attached excerpt CRS-269-01-04-CLIP-05.



Steve Walsh, West Coast Client Manager
Geotext Translations, Inc.


State of California, County of San Francisco
Subscribed and sworn to (or affirmed) before me
on this 5th day of August, 2010,
by _____ Steve Walsh _____,
proved to me on the basis of satisfactory evidence
to be the person(s) who appeared before me.
Signature: _____

```
BRANDON CARNEY
COMM. # 1755114
NOTARY PUBLIC - CALIFORNIA
SAN FRANCISCO COUNTY
My Comm. Expires July 3, 2011
```

New York  259 West 30th Street, 17th Floor, New York, NY 10001, U.S.A. **tel** 212.631.7432 **fax** 212.631.7778
San Francisco  220 Montgomery Street, 3rd Floor, San Francisco, CA 94104, U.S.A. **tel** 415.576.9500 **fax** 415.520.0525
London  107-111 Fleet Street, London EC4A 2AB, United Kingdom **tel** +44.(0)20.7936.9002 **fax** +44.(0)20.7990.9909
Hong Kong  20th Floor, Central Tower, 28 Queen's Road, Central, Hong Kong **tel** +852.2159.9143 **fax** +852.3010.0082
translations@geotext.com  |  www.geotext.com

TITLE OF CLIP:   CRS-269-01-04-CLIP-05

| SPEAKER | SOURCE |
|---------|--------|
| STEVEN DONZIGER | [unintelligible]. In terms of the actual case, uhm, we have a need—and—and the reason I'm here is we have a need to really increase our capacity to do this work. You know, we feel like we do not have the people or expertise needed to take this case home. Uhm, we're in the final phase of the case, which is a damages claim. And the way— the way the law works in Ecuador—they don't separate out liability and damages. They put it all in the same trial. So there's been no ruling on liability, but we're still going to do a damages claim. In a way, I kind of like that because I think the damages claim will really help the court understand that they're liable. You know? So... we recently got an order that the damages claim needed to be finished in a hundred and twenty days, which means a hundred and twenty working days. It's not a fixed deadline, because these things can easily be extended if need—if they need to be. But, I'd say that, ideally, we would like to start this work now and try to finish it in six months. If it's—if that's just completely unrealistic given what we want to accomplish, we can extend it. But that-- that would be the goal. Uhm, the memo I've put together are the categories of damages that we are entitled to present to the court. Uhm... and, you know, all of these categories, I think we could use help in. Some, we have absolutely no help at all, really, like the degraded habitat. I mean, Dave and I spoke. Uhm, |

**38**

| | the remediation plan, we're already working with somebody that, uhm, but, we feel like there's—it still needs to be significantly beefed up. Uhm, and then you see the other categories here. I think the most fundamental need o—of the people, you know, I think there's really two most fundamental things. One is there has to be some sort of access to clean water as soon as possible, because the water is contaminated, and people do not have access to clean water and they're drinking water from wells that come out of groundwater, and rivers that it—that are just… you know, there's toxins in them based on testing and based on, you know, stuff we … can find out. Although the testing we've done so far in the trial is, you know, extensive, but probably a little bit chaotic and disorganized, and I'll talk about that in a s[cut-off] |
| | |
| | [end of recording] |



**G E O T E X T**
Translations, Inc.

STATE OF CALIFORNIA )
)
)
COUNTY OF SAN FRANCISCO )     ss

## <u>CERTIFICATION</u>

This is to certify that the attached transcription is, to the best of my knowledge and belief, a true

and accurate English transcription of the attached excerpt CRS-269-01-08-CLIP-01.

Steve Walsh, West Coast Client Manager
Geotext Translations, Inc.

State of California, County of San Francisco

Subscribed and sworn to (or affirmed) before me

on this 5ᵗʰ day of August , 20 10 ,

by Steve Walsh ,

proved to me on the basis of satisfactory evidence

to be the person(s) who appeared before me.

Signature:



BRANDON CARNEY
COMM. # 1755114
NOTARY PUBLIC - CALIFORNIA
SAN FRANCISCO COUNTY
My Comm. Expires July 3, 2011

New York  259 West 30th Street, 17th Floor, New York, NY 10001, U.S.A. tel 212.631.7432 fax 212.631.7778
San Francisco  220 Montgomery Street, 3rd Floor, San Francisco, CA 94104, U.S.A. tel 415.576.9500 fax 415.520.0525
London  107-111 Fleet Street, London EC4A 2AB, United Kingdom tel +44.(0)20.7936.9002 fax +44.(0)20.7990.9909
Hong Kong  20th Floor, Central Tower, 28 Queen's Road, Central, Hong Kong tel +852.2159.9143 fax +852.3010.0082
translations@geotext.com  |  www.geotext.com

TITLE OF CLIP:   CRS269-01-08-CLIP-01

| SPEAKER | SOURCE |
|---------|--------|
|  |  |
| STEVEN DONZIGER | But maybe—why don't we… |
|  |  |
| JOSH LIPTON | [overlapped voices] okay, you shut off your tape [unintelligible] [chuckles] |
|  |  |
| DONZIGER | Yeah.  Uhm, why don't we—why don't we go a few minutes and so, you know… |
|  |  |
| LIPTON | Okay. |
|  |  |
| DONZIGER | …so-- so—in terms of what— what we talked about. So, what do you think of the what—of what we need to do in terms of… |
|  |  |
| LIPTON | So, I mean, th-- its… all of the things that we discussed on the remediation side, on the restoration of degraded habitats, on considerat—ah, you know, consideration of, uh, you know, potential losses, uh, by indigenous peoples both on the—you know, the remediation side, the reparations versus damages, potable water… we loved the whole package. Its [cut-off] |
|  |  |
|  | [end of recording] |



**GEOTEXT**
Translations, Inc.

STATE OF CALIFORNIA                     )
                                         )
                                         )
COUNTY OF SAN FRANCISCO )          ss


## <u>CERTIFICATION</u>


This is to certify that the attached translation is, to the best of my knowledge and belief, a true

and accurate translation from English into Spanish and Spanish into English of the attached

transcription excerpt CRS-350-03-CLIP-01.


_____

Nicholas Bocek, Managing Editor
Geotext Translations, Inc.


State of California, County of San Francisco

Subscribed and sworn to (or affirmed) before me

on this __8th__ day of __August__, 20 __10__,

by _____Nicholas Bocek_____,

proved to me on the basis of satisfactory evidence

to be the person(s) who appeared before me.

Signature: _____



BRANDON CARNEY
COMM. # 1755114
NOTARY PUBLIC - CALIFORNIA
SAN FRANCISCO COUNTY
My Comm. Expires July 3, 2011

New York  259 West 30th Street, 17th Floor, New York, NY 10001, U.S.A. **tel** 212.631.7432 **fax** 212.631.7778
San Francisco  220 Montgomery Street, 3rd Floor, San Francisco, CA 94104, U.S.A. **tel** 415.576.9500 **fax** 415.520.0525
London  107-111 Fleet Street, London EC4A 2AB, United Kingdom **tel** +44.(0)20.7936.9002 **fax** +44.(0)7990.9909
Hong Kong  20th Floor, Central Tower, 28 Queen's Road Central, Hong Kong **tel** +852.2159.9143 **fax** +852.3010.0082

translations@geotext.com  |  www.geotext.com

**TITLE OF CLIP:   CRS-350-03-CLIP-01**

| SPEAKER | ORIGINAL | TRANSLATION (Spanish) | TRANSLATION (English) |
|---|---|---|---|
| STEVEN DONZIGER | …que-- que tiene, por qué no programamos una semana donde puede llegar, revisar los documentos, diagnosticar lo mal, y hacer un plan. Y eso [sic] plan… | | … that-- that has, why don't we schedule a week when he can come, look over the documents, diagnose what is wrong, and make a plan. And that plan… |
| ATOSSA SOLTANI | Sí. Hablé-- hablé con él. Está listo por venir, pero un trabajo inicial que queremos hacer… | | Yes. I spoke-- I spoke with him. He is ready to come, but an initial task that we want to do… |
| DONZIGER | Mm-hmm. | | Mm-hmm. |
| SOLTANI | … es tratar de hacer la-- recopilar los datos-- los-- los-- los, mm, uh-- fri-- cifras técnicas de la… | | … is try to make the-- gather the information-- the-- the-- the, mm, uh-- technical gif-- figures of the… |
| DONZIGER | Mm-hmm. | | Mm-hmm. |
| SOLTANI | … Petroproducción para que él tiene [sic] una oportunidad de revisar estos primeros, para hacer un análisis por el-- por las cifras, y de [sic] luego, llegar aquí y saber dónde va a ir, qué va a mirar… | | … Petroproducción so that he has a chance to look over these first ones, to do an analysis of the figures and then come here and know where to go, what to look at… |
| DONZIGER | ¿Es posible? | | Is that possible? |
| LUIS YANZA | Yo creo que es el-- con Luís podríamos-- tendría que hablar con Luís Villacreces… | | I think that he is-- with Luis we could-- I'd have to talk to Luis Villacreces… |
| DONZIGER | ¿Por qué no le llamo ahorita… | | Why don't I call him now… |
| YANZA | … para poder, em… | | … to be able to, uhm… |
| DONZIGER | … cree que [voces solapadas] | | … you think that [overlapped voices] |
| YANZA | … pero ¿qué datos necesitan? | | … but, what information do you [they] need? |
| SOLTANI | La cosa es que no lo necesitan hacer ahora. Lo que podemos hacer es darme este contacto, con quién Bill puede coordinar… | | The thing is that they don't need to do it now. What we can do is give me this contact, who Bill can coordinate with… |

| YANZA | ¿Coordinar? | | Coordinate? |
|---|---|---|---|
| SOLTANI | … él puede darle… | | … he can give him… |
| DONZIGER | Uh-huh. | | Uh-huh. |
| SOLTANI | … la lista de cifras que necesita… | | … the list of figures he needs… |
| DONZIGER | [ininteligible] viene dos minutos pero él entiende-- es-- it's gonna be lost in translation. | es-- al traducir se van a perder muchas cosas. | [unintelligible]  comes for two minutes but he understands-- it's-- it's gonna be lost in translation. |
| SOLTANI | ¿Hmm? | | Hmm? |
| DONZIGER | Luís Villacreces. | | Luis Villacreces. |
| SOLTANI | Okay. | | Okay. |
| DONZIGER | Pero él viene-- va a entender que es un proyecto, que Bill le va a contactar… | | But he's coming-- he will understand that it is a project, that Bill will contact him… |
| SOLTANI | Sí. | | Yes. |
| YANZA | Mm-hmm. | | Mm-hmm. |
| DONZIGER | Siguen. | | Go ahead. |
| YANZA | No… [suena un aparato telefónico] [ininteligible] ¿o se abre? No, no sale. | | No… [telephone device rings] [unintelligible] or does it open? No, it doesn't go through. |
| DONZIGER | Hazle otro método. | | Do it another way. |
| YANZA | Sí. | | Yes. |
| DONZIGER | Qué comunicación interna. | | What internal communication. |
| SOLTANI | Y hablé con él también. | | And I talked to him, too. |
| YANZA | [ininteligible] por favor. | | [unintelligible] please. |
| SOLTANI | Hablé con Bill. Él dice que-- | | I talked to Bill. He says that-- |
| KEVIN KOENIG | [ininteligible] I think they were [ininteligible] but, let me-- I'm in the middle of a meeting, so let's talk later. Okay. | [ininteligible] Creo que estaban [ininteligible] pero, déjame-- estoy en una junta, así que después hablamos. Okay. | |

| | [bostezo] | | [yawn] |
|---|---|---|---|
| SOLTANI | Él dice que puede hacer, uhm, la evaluación de reinjección [sic]. Porque algunas cifras, por ejemplo, en *Vanity Fair*, dice Petroproducción está reinjectando [sic] cien por ciento de las aguas de formación. Pero, como ustedes han dicho, esto no es-- ha sido manera eficaz. Entonces, tal vez, no están reinjectando [sic] muy profundamente, entonces-- entonces los [sic] aguas están-- están contaminando los [sic] aguas subterráneas. [voces solapadas] Hola, ¿cómo está? | | He says that he can do, uhm, the reinjection evaluation. Because some figures, for example, in *Vanity Fair*, say that Petroproducción is re-injecting one hundred per cent of the formation waters. But, as you have said, this is not-- has [not] been an effective way. So, maybe they are not re-injecting very deeply, so-- so the waters are-- they are contaminating the ground water. [overlapped voices]. Hi, how are you? |
| YANZA | Sí conocen-- es Atossa Soltani. [voces solapadas] | | Do you know-- this is Atossa Soltani. [overlapped voices] |
| SOLTANI | Hola, mucho gusto. [voces solapadas] | | Hi, nice to meet you [overlapped voices] |
| LUIS VILLACRECES | Mucho gusto es. | | Nice to meet you. |
| KOENIG | Kevin. | | Kevin. |
| VILLACRECES | Sí. | | Yes. |
| SOLTANI | Entonces, la-- la idea es que, eh-- tal vez los [sic] reinjección [sic] no ha sido [sic] la manera adecuada… | | So, the-- the idea is that, uh-- maybe the reinjection has not been the [sic] adequate way… |
| YANZA | No, no. Eso sabemos. | | No, no. We know that. |
| SOLTANI | … entonces, sale en el aguas subterráneas [sic]. | | … so, it comes out in ground water. |
| YANZA | [ininteligible] sí, sabemos. | | [unintelligible] yes, we know. |
| DONZIGER | Esta es la cosa-- parte de nuestro trabajo es diagnosticar qué necesita Petroecuador para mejorar su infraestructura, incluso reinyección de agua. ¿Okay? Aunque dicen que están reinyectando, sabemos que realmente es muy inadecuado. | | This is the thing-- part of our job is to diagnose what Petroecuador needs to improve its infrastructure, including re-injection water. Okay? Although they say they are re-injecting, we know that it is really inadequate. Okay? You know Bill Powers, right? |

| | | | |
|---|---|---|---|
| | ¿Okay? Conoces Bill Powers, ¿no? | | |
| VILLACRECES | Uh-huh. | | Uh-huh. |
| DONZIGER | De hace tiempo, bigote... | | For a while... mustache... |
| VILLACRECES | Sí, sí, sí. | | Yes, yes, yes. |
| DONZIGER | ... norteamericano... | | ... North American... |
| VILLACRECES | Sí. | | Yes. |
| DONZIGER | Tenemos un peque-- una [sic] poquito de plata para que él venga acá y analizar, es experto en eso, acaba de hacerlo en Perú para Petropus... | | We have a sma-- a little money so he can come here and do an analysis, he is an expert in that, he just did it in Peru for Petropus... |
| SOLTANI | Puspetro. | | Puspetro. |
| UMV | Puspetro. | | Puspetro. |
| DONZIGER | Sí. Entonces, él ya tiene mucha información. Él va a hacer contacto con vos, buscando datos... | | Yes. So, he already has a lot of information. He will get in contact with you, looking for data. |
| VILLACRECES | Mm-hmm. | | Mm-hmm. |
| DONZIGER | ... como un paso preliminario. Entonces, ¿está bien con eso? | | ... as a preliminary step. Then, are you okay with that? |
| VILLACRECES | Sí. | | Yes. |
| DONZIGER | Bill Powers. Hay que dar alta prioridad a eso, cuando él hace contacto. | | Bill Powers. This has to be given top priority, when he makes contact. |
| YANZA | Él va a pedir que le ayude a recopilar algunos datos e información que hiciste previo para poder... | | He is going to ask you to help him gather some data and information that you did previously to be able to... |
| VILLACRECES | Está bien. | | That's fine. |
| | [voces solapadas] | | [overlapped voices] |
| SOLTANI | Porque dice-- lo que dice Petroproducción, en términos de eso, el programa de reinjección [sic], dónde tienen, | | Because according to—what Petroproducción says, in terms of that, the re-injection program, where they have, |

| | | | |
|---|---|---|---|
| | dónde no hay, las cifras de cuánto están reinjectando [sic] y cuáles las [sic] pozos son nuevos, pozos viejos… | | where there isn't any, the figures on how much they are re-injecting, and which wells are new, old wells… |
| VILLACRECES | Uh-huh. Ya. | | Uh-huh. Got it. |
| SOLTANI | … qué profundidad están injectando [sic]-- todas esas cifras. | | … how deep they are injecting-- all those figures. |
| VILLACRECES | Mm-hmm. | | Mm-hmm. |
| SOLTANI | Okay. | | Okay. |
| VILLACRECES | Yo ya tengo algo. [pausa] Ahorita tengo algo. | | I already have something. [pause] I have something right now. |
| YANZA | ¿Ya tiene algo? | | You already have something? |
| VILLACRECES | Claro, o sea, tengo a los datos de reinjección [sic]. Datos de los pozos reinjectores y los datos de reinyección. Entonces [ininteligible] cuando me escriba. | | Of course, I mean, I have the injection data. Data on the reinjection wells and reinjection data. Then [unintelligible] when he writes to me. |
| DONZIGER | ¿Quiere un memo-- cre-- hay que hacer un memo para Bill? | | You want a memo-- cre-- should a memo be made for Bill? |
| VILLACRECES | No, voy a esperar a que él me escriba. | | No, I'll wait for him to write to me. |
| DONZIGER | Okay. | | Okay. |
| UMV | Listo. | | Done. |
| VILLACRECES | Para ver que él va a decir. | | To see what he will say. |
| DONZIGER | Perfecto. | | Perfect. |
| SOLTANI | Yo voy a asumir… | | I'm going to assume… |
| DONZIGER | Okay. | | Okay. |
| SOLTANI | … la-- el enlace con él. Puede darme sus conta-- su-- sus datos? | | … the-- the connection with him. Can you give me your [his] contac—your [his]-- your [his] information? |

| | | | |
|---|---|---|---|
| VILLACRECES | Sí. | | Yes. |
| | | | |
| SOLTANI | Okay. Gracias. [inaudible] | | Okay. Thank you. [inaudible] |
| | | | |
| VILLACRECES | De autógrafo, hasta firmarlo. [risa entre los dientes] | | As an autograph, even to sign it. [chuckles] |
| | | | |
| SOLTANI | [risa entre los dientes] | | [chuckles] |
| | | | |
| VILLACRECES | [ininteligible] | | [unintelligible] |
| | | | |
| SOLTANI | También dice que puede mi-- realizar las-- las, uhm, las [sic] mecheros también. Esto es otro tipo de evaluación, pero puede ser… [pausa]  Gracias. | | He also says he can bu-- do the-- the, uhm, the burners, too. That is another type of evaluation, but could be… [pause] Thank you. |
| | | | |
| VILLACRECES | No hay de qué. | | No problem. |
| | | | |
| DONZIGER | ¿Conoces a Atossa Soltani? | | Do you know Atossa Soltani? |
| | | | |
| | [voces solapadas] | | [overlapped voices] |
| | | | |
| MARIA EUGENIA YEPEZ REGALADO | [ininteligible] | | [unintelligible] |
| | | | |
| | [fin de grabación] | | [end of recording] |



**GEOTEXT**
Translations, Inc.

STATE OF CALIFORNIA )
)
)
COUNTY OF SAN FRANCISCO )      ss

## <u>CERTIFICATION</u>

This is to certify that the attached translation is, to the best of my knowledge and belief, a true

and accurate translation from English into Spanish and Spanish into English of the attached

transcription excerpt CRS-350-04-CLIP-01.


Nicholas Bocek, Managing Editor
Geotext Translations, Inc.


State of California, County of San Francisco

Subscribed and sworn to (or affirmed) before me

on this 8th day of August , 20 10 ,

by Nicholas Bocek ,

proved to me on the basis of satisfactory evidence

to be the person(s) who appeared before me.

Signature:



BRANDON CARNEY
COMM. # 1755114
NOTARY PUBLIC - CALIFORNIA
SAN FRANCISCO COUNTY
My Comm. Expires July 3, 2011

New York  259 West 30th Street, 17th Floor, New York, NY 10001, U.S.A. **tel** 212.631.7432 **fax** 212.631.7778
San Francisco  220 Montgomery Street, 3rd Floor, San Francisco, CA 94104, U.S.A. **tel** 415.576.9500 **fax** 415.520.0525
London  107-111 Fleet Street, London EC4A 2AB, United Kingdom **tel** +44.(0)20.7936.9002 **fax** +44.(0)20.7990.9909
Hong Kong  20th Floor, Central Tower, 28 Queen's Road Central, Hong Kong **tel** +852.2159.9143 **fax** +852.3010.0082

translations@geotext.com  |  www.geotext.com

**TITLE OF CLIP:   CRS-350-04-CLIP-01**

| SPEAKER | ORIGINAL | TRANSLATION (Spanish) | TRANSLATION (English) |
|---|---|---|---|
| LUIS YANZA | La idea de hacer el S.O.S. [ininteligible] | | The idea of sending an S.O.S. [unintelligible] |
| | | | |
| STEVEN DONZIGER | ¿Qué es? | | What is it? |
| | | | |
| YANZA | S.O.S. | | S.O.S. |
| | | | |
| ATOSSA SOLTANI | S.O.S. | S.O.S. | S.O.S. |
| | | | |
| | [risa] | | [laughter] |
| | | | |
| SOLTANI | S.O.S. [ininteligible] | | S.O.S. [unintelligible] |
| | | | |
| DONZIGER | Nos vamos de-- de-- de necesidades que tenemos nosotros. Yo-- yo creo que analizando la coyuntura del caso, que estamos perdiendo fuerza con la corte. Yo creo que, ah-- ¿puedo hablar en inglés rapidito? Ya, tú sabes lo voy a decir. | | Let's go to-- to-- to our needs. I-- I think that, analyzing the outlook of this case, we are losing strength with the court. I think that, uh-- can I speak in English really quickly? You already know what I'm going to say. |
| | | | |
| YANZA | ¿Qué va a decir? | | What are you going to say? |
| | | | |
| DONZIGER | Por qué la justificación por la marcha. | | Why the justification for the march. |
| | | | |
| YANZA | Ah, ya. | | Oh, okay. |
| | | | |
| DONZIGER | Okay. Uhm, this case has pretty much been asleep for five months. It's weird. I mean, we got-- we were getting, like, everything, for a while, that we wanted. You know, we got the cancellation of the inspections. You know, we we're getting the *peritaje global*, the final phase. But then, like, suddenly everything was in place and he won't swear in the *perito*, which is needed to start the hundred-and-twenty day period. It's been, like, weeks and weeks and weeks of delays. You know, after sort of analyzing the | Bien. Eh, este caso ha estado dormido por unos cinco meses. Es algo raro. Es decir, nos dieron-- nos dieron todo lo que queríamos por un tiempo. La cancelación de las inspecciones, ¿no? El peritaje global, la fase final. Pero luego, como que de pronto todo estaba listo y él no quiere juramentar al perito, lo cual es un requisito para que empiece a correr el periodo de ciento y veinte días. Han habido semanas y semanas de demoras. Saben, despúes analizar la situación, creemos que el juez está tratando de | ...we were  getting the global expert assessment, you know...<br><br>and he won't swear in the expert, which is needed |

| | | | |
|---|---|---|---|
| | situation, we believe that the judge is trying to stall the case until the end of the year, until the new guy comes in. | alargar el caso hasta fin de año, cuando entra el nuevo fulano. | |
| | | | |
| SOLTANI | I agree with you. Yes. | Estoy de acuerdo contigo. Sí. | |
| | | | |
| DONZIGER | Okay. So, you know-- but it goes way beyond the problem of any individual judge, 'cause it's possible the next person could come in and s-- and not want to deal with it and do the same. You know, it's a problem of institutional weakness in the judiciary, generally, and of this court, in particular. We have concluded that we need to do more, politically, to control the court, to pressure the court. We believe they make decisions based on who they fear the most, not based on what the laws should dictate. So, what we want to do is take over the court with a massive protest that we haven't done since the first day of the trial, back in October of 2003. Remember all those people on the street? | Bien. Entonces, saben-- pero esto va mucho más allá del problema de cualquier juez en particular, porque es posible que la siguiente persona entre y di-- y no quiera lidiar con ello, y haga lo mismo. Sabes, es un problema con la debilidad institucional en la judicatura, en general, y de esta corte, en particular. Hemos llegado a la conclusión de que tenemos que hacer más, políticamente, para controlar a la corte, para presionar a la corte. Creemos que toman decisiones de acuerdo a quién temen más, no de acuerdo a lo que establecen las leyes. Así que, lo que queremos hacer es tomar control de la corte a través de una protesta masiva, como no hemos hecho desde el primer día del juicio, allá en octubre de 2003. ¿Recuerdan que había toda esa gente en la calle? | |
| | | | |
| SOLTANI | Mm-hmm. | Mm-hmm. | |
| | | | |
| DONZIGER | It's a huge effort, it costs money. Not that much, actually, but, few thousand dollars, to get everyone in for a day. And... *sí, doctor.* | Es un cometido grandísimo, cuesta dinero. No tanto, en realidad, pero unos cuantos miles de dólares, para que vayan todos por un día. Y... sí, doctor. | And... yes, doctor. |
| | | | |
| | [inaudible] | | [inaudible] |
| | | | |
| DONZIGER | ¿Seguro? [pausa] Okay. | | Are you sure? [pause] Okay. |
| | | | |
| YANZA | Entre gringos. [risa] | | Among *gringos.* [laughter] |
| | | | |
| DONZIGER | Uhm, and we want to do that the last week of June. Soon, like three weeks. Okay? Uhm, how | Eh, y queremos hacer todo eso durante la última semana de junio. Pronto, como en tres | |

| | | | |
|---|---|---|---|
| | we're gonna do it—like, are we just gonna be outside, are we actually gonna go in and shut the court down for a day— are all issues we need to figure out strategically. But, it-- it's-- it's a critically important moment, because we want to send a message to the court that, 'don't fuck with us anymore-- not now, and not-- not later, and never.' 'Cause we have been weak on the political pressure. And all Texaco has to do, if you think about it, all they have to do is get the court to do nothing. That's easy. We have to get the court to act in a way no court has ever acted before in Ecuador. That's hard. You know, so, in a way, their job is easier. They work the back scenes. They probably pay some people off, they get friendly with them. You know, they do the little thing, and then suddenly there's, like, a paralysis in the court. You know, and we're stuck. And, you know, no one fears us right now. And, until they fear us, we're not gonna win this case. I'm convinced. | semanas. ¿Bien? Eh, cómo vamos a hacerlo, ¿vamos a estar afuera, o bien vamos a entrar y cerrar la corte por un día? Todos son asuntos que tenemos que determinar estratégicamente. Pero, es-- es-- es un momento de vital importancia, porque queremos enviarle un mensaje a la corte de que ya no se metan con nosotros-- ni ahora, ni-- ni después, ni nunca. Porque la presión política de nuestra parte ha sido débil. Y lo único que tiene que hacer Texaco, piénsenlo, es lograr que la corte no haga nada. Eso es fácil. Nosotros tenemos que lograr que la corte actúe como ninguna corte actuó jamás en Ecuador. Eso es difícil, ¿no? Así que, de cierta forma, el trabajo de ellos es más fácil. Ellos trabajan entre bastidores. Lo más seguro es que sobornan a la gente, se muestran amables con ellos, ¿no? Hacen cualquier cosita, y de pronto hay como una parálisis en la corte. Y saben, nos estancamos. Y, saben, nadie nos tiene miedo por ahora. Y, no vamos ganar este caso hasta que nos tengan miedo. De eso estoy convencido. | |
| | | | |
| SOLTANI | I have a question. | Tengo una pregunta. | |
| | | | |
| DONZIGER | Mm-hmm? | Mm | |
| | | | |
| SOLTANI | What ever happened to the idea of filing a precautionary measure at the OAS? | ¿Qué pasó con la idea de presentar una petición para medidas cautelares en la OAS? | |
| | | | |
| | [end of recording] | [fin de grabación] | |


**GEOTEXT**
Translations, Inc.

STATE OF CALIFORNIA
)
)
)
COUNTY OF SAN FRANCISCO )     ss

## **CERTIFICATION**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true

and accurate translation from English into Spanish and Spanish into English of the attached

transcription excerpt CRS-350-04-CLIP-02.

Nicholas Bocek, Managing Editor
Geotext Translations, Inc.

State of California, County of San Francisco

Subscribed and sworn to (or affirmed) before me

on this 8th day of August , 20 10 ,

by Nicholas Bocek ,

proved to me on the basis of satisfactory evidence

to be the person(s) who appeared before me.

Signature: _____



New York  259 West 30th Street, 17th Floor, New York, NY 10001, U.S.A. **tel** 212.631.7432 **fax** 212.631.7778
San Francisco  220 Montgomery Street, 3rd Floor, San Francisco, CA 94104, U.S.A. **tel** 415.576.9500 **fax** 415.520.0525
London  107-111 Fleet Street, London EC4A 2AB, United Kingdom **tel** +44.(0)20.7936.9002 **fax** +44.(0)20.7990.9909
Hong Kong  20th Floor, Central Tower, 28 Queen's Road, Central, Hong Kong **tel** +852.2159.9143 **fax** +852.3010.0082
translations@geotext.com  |  www.geotext.com

**TITLE OF CLIP:   CRS-350-04-CLIP-02**

| SPEAKER | ORIGINAL | TRANSLATION (Spanish) | TRANSLATION (English) |
|---|---|---|---|
| ATOSSA SOLTANI | [ininteligible] | | [unintelligible] |
| STEVEN DONZIGER | Uhm… | | Uhm… |
| SOLTANI | Este proyecto de John S-- Quigley-- ¿querem-- queremos hablar sobre esto? | | This project of John S-- Quigley's-- do we want-- do we want to talk about this? |
| DONZIGER | [ininteligible] necesidades son una marcha grande… | | [unintellgible] needs are a big march… |
| SOLTANI | En Quito-- en, ah… | | In Quito-- in, uh… |
| DONZIGER | En Lago. | | In Lago. |
| SOLTANI | En Lago. | | In Lago. |
| DONZIGER | Hay varias cosas. Marcha grande, que formamos nuestro propio ejército. Privado. | | There are several things. Big march that we make our own army. Private [army]. |
| YANZA | [risa] Es-- es-- se dice ejército pero es como una-- un grupo-- un grupo especializado, sí, especializado para, eh-- ah-- de acción inmediata. | | [laughter] It's-- it's-- it's called an army, but it's like a-- a group-- a specialized group, right, specialized for, uh-- ah-- for immediate action. |
| DONZIGER | [Risa] [ininteligible] | | [Laughter] [unintelligible] |
| YANZA | Cuando se necesita la corte-- cuando se necesita actuar. | | When the court is needed-- when action is needed. |
| SOLTANI | ¿Ustedes saben que si alguien puede, uh, *subpoena* estos videos? Que es una [ininteligible] | puede, uh, citar judicialmente estos | Do you guys know if anybody can, uh, subpoena these videos? What is a [unintelligible] |
| DONZIGER | We don't have the power of subpoena in Ecuador. | No contamos con la facultad de citar judicialmente en Ecuador. | |
| SOLTANI | What about U.S.? These guys… | Y ¿qué tal los Estados Unidos? Estos fulanos… | |
| DONZIGER | Un ejército-- no es un ejército armado-- es un grupo de gente para vigilar a la corte… | | An army-- it's not an armed army-- it's a group of people to watch over the court… |

| SOLTANI | I just want to know-- I just want you to know that it's-- it's illegal to conspire to break the law. | Sólo quiero saber-- sólo quiero que sepan que es-- es ilegal conspirar para violar la ley. | |
| --- | --- | --- | --- |
| | [risa] | | [laughter] |
| DONZIGER | No law's been conspired to be broken. | No se ha conspirado para violar ninguna ley. | |
| YANZA | [risa] Es para vigilar a la corte, porque lo que resta del caso… | | [laughter] It's to watch over the court, because for the remainder of the case… |
| DONZIGER | It's to protect justice. | Es para proteger la justicia. | |
| SOLTANI | [ininteligible] es que hay un grupo… | | [unintelligible] it's that there's a group… |
| DONZIGER | To prevent Texaco from breaking the law. | Para evitar que Texaco viole la ley. | |
| SOLTANI | Hay un grupo de vi-- personas que están vigilando el [sic] corte, como… | | There's a group of wat-- people who are watching the court, like… |
| YANZA | Sí, pero que ya sean permanente-- no es que están todos, es por turnos, pero que ya estén dispuestos un poco [voces solapadas] | | Yes, but who are there permanently-- it's not that everyone is there, it goes by shifts, but who are available a little [overlapped voices] |
| DONZIGER | La idea-- necesitamos una vigilancia permanente [voces solapadas] con veinte personas para seguir Richard, el perito, para proteger la corte, para prevenir corrupción. Evitar corrupción. Necesitamos gente. Es una fuerza, política, que los jueces puedan ver. Entonces, empezamos con quinientos personas en la corte, y después de eso-- todo eso, siguen como veinte, treinta personas, pagados por nosotros, por su tiempo, para proteger la [sic] proceso de corrupción. | | The idea-- we need a permanent watch [overlapped voices] with twenty people to follow Richard, the expert, to protect the court, to prevent corruption. Prevent corruption. We need people. It's a force, a political force that the judges can see. Then, we start with five hundred people at the court and after that-- all that, followed by twenty, thirty people, paid by us, for their time to protect the process from corruption. |
| SOLTANI | Monitores. | | Monitors. |
| YANZA | Sí. | | Yes. |

| | | | |
|---|---|---|---|
| DONZIGER | Exacto. | | Exactly. |
| YANZA | Sí, sí, sí. [ininteligible] | | Yes, yes, yes [unintelligible] |
| DONZIGER | Yo prefiero la palabra 'ejército', pero… | | I prefer the word 'army', but… |
| YANZA | Pero-- pero-- [risa entre los dientes] pero-- pero esta gente… | | But-- but-- [chuckles] but-- but these people… |
| | [voces solapadas] | | [overlapped voices] |
| YANZA | … tendría que recibir una capacitación mínima… | | … would have to receive some minimal training… |
| SOLTANI | Actually, I like this country. | De hecho, me gusta este país. | |
| YANZA | … tendría que recibir una capacitación mínima… cosas-- detalles, para que puedan hacernos buen trabajo. Eso es. Y, luego, si es que va bien, y necesitamos, eh, necesitamos armas, podemos proveer de armas. | | … they would have to receive minimal training… things-- details, so they do a good job for us. That's it. And then, if it goes well, and we need, uh, if we need weapons, we can provide weapons. |
| DONZIGER | [risa] | | [laughter] |
| YANZA | ¡De Irán! Podemos traer… | | From Iran! We can bring… |
| DONZIGER | [risa] | | [laughter] |
| SOLTANI | [ininteligble] | | [unintelligible] |
| DONZIGER | So we really need-- we really need some-- some long-term support. Get some people mobilized. | Así que en verdad necesitamos-- en verdad necesitamos algo de-- algo de apoyo a largo plazo. Mobilizar a un grupo de personas… | |
| YANZA | [risa] | | [laughter] |
| SOLTANI | Yo entiendo. What kind of long-term support? [pause] Steven? | ¿Qué tipo de aporte a largo plazo? [pausa] ¿Steven? | I understand. |
| DONZIGER | What's that? | ¿Cómo? | |
| SOLTANI | ¿Qué tipo de aporte? | | What type of support? |

| | | |
|---|---|---|
| DONZIGER | Money. It's basically a project that requires us to pay to find the people and pay them for their time. | Dinero. Básicamente, es un proyecto que require que paguemos para encontrar a las personas y pagarles por su tiempo. | |
| SOLTANI | [unintelligible] | [ininteligible] | |
| DONZIGER | I think we need, like, a hundred grand… | Creo que necesitamos, como, cien mil… | |
| YANZA | Tendríamos que trabajar todavía… | | We would still have to work… |
| DONZIGER | … for, like, a year. | … para, como, un año. | |
| YANZA | … es una idea que nació ahora. Tenemos que-- | | … it's an idea that was just born. We have to-- |
| DONZIGER | Yeah-- we need-- we need money, though. I think this is the most important thing that needs to be funded right now for us. Otherwise, we're gonna lose this case. | Si— necesitamos-- necesitamos dinero, sin embargo. Creo que para nosotros esto es lo más importante que hay que patrocinar económicamente por ahora. Si no, vamos a perder este caso. | |
| SOLTANI | A hundred grand is a lot of money. I mean-- can't some of that mon-- can't that be-- some of that be-- we also don't-- I mean, we want it to be of a movement, we don't just want to be paid mercenaries, right? It's gotta be a movement. | Cien mil es mucho dinero.  Es decir-- no se puede que algo de ese din-- no puede eso-- no puede algo de eso ser-- nosotros tampoco-- es decir, queremos que sea un movimiento, no queremos que sean solamente mercenarios pagados, ¿no? Tiene que ser un movimiento. | |
| DONZIGER | Talk to Luis. I mean, it is a movement. Or a revolutionary movement. | Habla con Luis. Es decir, sí es un movimiento. O un movimiento revolucionario. | |
| YANZA | [risa] | | [laughter] |
| DONZIGER | And we need our own army. No! I'm just kidding [laughter] | Y necesitamos nuestro propio ejército. No, estoy bromeando [risas]. | |
| KEVIN KOENIG | I'm outta here… | Ya me voy… | |
| DONZIGER | No, no. Paid only because it's-- people work. They need-- they | No, no. Pagado solamente porque es-- la gente trabaja. | |

| | | | |
|---|---|---|---|
| | could be employees of the Frente, do multiple tasks, you know. But we need to be able to have some economic support for people to leave their jobs on weekdays. Otherwise, there's no way it's gonna work. Ella está preocupada si pagamos a la gente, parece como son mercenarios. ¿Qué dices tú? | Necesitan-- pueden ser empleados del Frente, hacer tareas múltiples, ustedes saben. Pero necesitamos apoyo económico para que la gente deje sus trabajos entre semana. Si no, de ninguna manera va a funcionar. | She is worried that if we pay people, it will seem as if they're mercenaries. What do you think? |
| YANZA | Yo también, eso. También pien-- tengo esa preocupación, pero, igual, estoy pensando cómo manejar eso. Porque también es delicado, no sólo porque sean mercenarios, po-- po-- porque puedan recibir ese calificativo, sino tambien que, en la misma comunidad puede que generar cierta envidia, de que están pagados… | | Me, too. I also think-- I have that concern, but, I am also thinking about how to manage this. Because it is also a delicate matter, not just because of their being mercenaries, be-- be-- because they could be called that, but rather, some level of envy could arise within the community itself, because they are paid… |
| DONZIGER | Mm-hmm. | Hmm. | |
| YANZA | … entonces, tenemos que nosotros pensar cómo manejar-- entre los dirigentes podemos pensar y manejar eso. Porque es delicado. Quisiera que internamente no surja ningún problema por esa situación. Pero, yo creo que es manejable, y-- y tenemos que pensar. | | … so, we have to think about how to manage-- among us leaders, we can think about and manage that. Because it's sensitive. I wouldn't want there to be any issue internally because of this situation. But, I think it's manageable, and-- and we have to think. |
| SOLTANI | Mm-hmm. | Hmm. | |
| DONZIGER | I threw a hundred grand out just 'cause I see it as a year-long project. You know, I think that if we don't step up, we risk doing this forever, losing the case. Another thing, remember. This movie's gonna come out. Maybe as early as January, which is gonna potentially… | Sugerí cien mil solo porque, así como yo lo veo, es un proyecto de todo un año, ¿no? Pienso yo que si no hacemos algo más, nos arriesgamos a perder esto para siempre, perder el caso. Otra cosa, recuerden. Esta película se va a estrenar. Quizás tan pronto como enero, lo cual podría… | |
| SOLTANI | And we have to talk about [unintelligible] | Y tenemos que hablar acerca [ininteligible] | |
| DONZIGER | … completely change the | … cambiar la dinámica por | |

dynamic. Because, let's say the movie comes out-- well, it'll come out, say, in a festival. It won't actually go to theatres for several months after that, but, let's say, a year from now, the movie is in many theatres and it's a hit. Okay? And, we're still sitting here with this judge. I mean, it's just ridiculous. We have to move this case. It's-- it's exhausting. We're exhausted. Okay? And we-- while we can do all the legal briefs in the world and host all the visitors who want to come, if we don't show power in the court, we're not gonna finish this case. And we-- if we don't finish the case, we won't win the case. The meetings with the judge, like you guys had yesterday, I think, are of minimal effect. I-- I've been to a lot of those meetings. I think they do, potentially, help... with normal people-- this guy's not normal. He's a full-o'-shit guy. You know what I mean? He's dancing around-- charming. So, I think this is the most critical thing. We have to focus, to me, on what's most important, which is pressure on the company, which was Darryl, photos that John Quigley can do, and control of the court. The legal stuff is fine, it's totally under control. The proof. You know, Bill Powers, he needs to come down, we need to do-- fill in some holes here and there, but we could-- we could write our final argument today. I mean, we have that much information. So, we have to think-- this is the thing: I think we have to be careful as-- you you as an NGO that supports this process, and me as an American lawyer who doesn't live here. We have to be careful to focus, always, on the highest priorities. You know? And, we're trying to

completo. Porque, digamos, se estrena la película-- pues, digamos, se estrenará en un festival. No saldrá en cines por varios meses después de eso, pero, digamos, de aquí a un año, la película está en cines y es todo un éxito. ¿No? Y aquí estamos todavía con este juez. Digo, es absurdo. Tenemos que hacer que este caso se mueva. Es-- es agobiante. Estamos exhaustos, ¿no? Y nosotros-- mientras podemos hacer todos los escritos legales del mundo y recibir a todas las visitas que quieran venir, si no mostramos poder en la corte, no vamos a terminar este caso. Y si-- si no terminamos el caso, no vamos a ganar el caso. Las juntas con el juez, como la que tuvieron ustedes ayer, creo, tiene sólo un efecto mínimo. Yo-- yo he asistido a muchas de estas juntas. Creo que sí, potencialmente, ayudan... con gente normal-- este fulano no es normal. Habla puras pendejadas. ¿Saben? Da sus rodeos-- todo encantador. Así que, creo que esto es lo más crítico. Tenemos que enfocarnos, digo yo, en lo más importante, que es presionar a la compañía, lo cual hizo Darryl, fotos que puede hacer John Quigley y control sobre la corte. Lo legal anda bien, totalmente bajo control. La prueba. Ya saben, Bill Powers, él tiene que venir, tenemos que-- llenar unos huecos por aquí, por allá-- pero podríamos-- podríamos redactar nuestro argumento final hoy. Es decir, así de información tenemos. Así que, tenemos que pensar-- he aquí la cosa: Creo que tenemos que tener cuidado -- tú como NGO que apoya este proceso, yo como abogado estadounidense que no vivo aquí. Tenemos que asegurar

| | | |
|---|---|---|
| | balance a lot of shit, right now, because ever since the *Vanity Fair* article came out, all this stuff is happening. You know-- Trudie came down. I think Sting wants to get involved. Darryl Hannah is an amazing person. John Quigley is a person I never even knew about, I think the guy could do wonders for us. You know what I mean? And-- but all that takes money and time-- a lot of time. You know, like it takes time for us to do the photo exhibit and to go on these toxi-tours and, you know, I'm so behind, and exhausted. | que nuestro enfoque siempre esté en lo más prioritario, ¿no? Y, estamos tratando de mantener el equilibrio entre muchas mierdas, ahorita, porque desde que salió el artículo en *Vanity Fair*, están pasando muchas cosas. Saben-- vino Trudie. Creo que quiere participar Sting. Darryl Hannah es una persona estupenda. John Quigley es una persona que ni siquiera conocía, creo que podría hacer maravillas por nosotros, ¿no? Y-- pero todo eso requiere dinero y tiempo-- mucho tiempo. Saben, como toma tiempo para que hagamos las sesiones fotográficas y hacer esas excursiones "toxi tour" y, saben, estoy muy atrasado y exhausto. | |
| | | | |
| SOLTANI | So, why are you trying to start new projects. I mean, the question… | Entonces, ¿por qué estás tratando de empezar proyectos nuevos? Es decir, la pregunta… | |
| | | | |
| DONZIGER | No, no. The army project is not a new project. I mean, it's-- it's-- it's an effort to step up the political power we have in the court, at the point of contact, where they're gonna feel it the most. | No, no. El proyecto del ejército no es un proyecto nuevo. Es decir, es-- es-- es un esfuerzo para aumentar el poder politico que tenemos en la corte, en el punto de contacto, donde más lo van a sentir. | |
| | | | |
| SOLTANI | What about getting other judges and-- and other-- like, does the court system, you know, maybe—is maybe more influenced by jurists, judges, other [cut off] | Y, ¿qué tal conseguir a otros jueces y-- y otros-- como, el sistema judicial, saben, quizás-- quizás está más influido por juristas, jueces, otro [se corta] | |
| | | | |
| | [end of recording] | [fin de grabación] | |



**GEOTEXT**
Translations, Inc.

STATE OF CALIFORNIA
                                                                )
                                                                )
                                                                )
COUNTY OF SAN FRANCISCO  )          ss

## **CERTIFICATION**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true

and accurate translation from Spanish into English of the attached transcription excerpt CRS-376-

03-CLIP-01.

Nicholas Bocek, Managing Editor
Geotext Translations, Inc.

State of California, County of San Francisco

Subscribed and sworn to (or affirmed) before me

on this 9th day of August, 20 10,

by Nicholas Bocek,

proved to me on the basis of satisfactory evidence

to be the person(s) who appeared before me.

Signature: _____



BRANDON CARNEY
COMM. # 1755114
NOTARY PUBLIC - CALIFORNIA
SAN FRANCISCO COUNTY
My Comm. Expires July 3, 2011

New York  259 West 30th Street, 17th Floor, New York, NY 10001, U.S.A. tel 212.631.7432 fax 212.631.7778
San Francisco  220 Montgomery Street, 3rd Floor, San Francisco, CA 94104, U.S.A. tel 415.576.9500 fax 415.520.0525
London  107-111 Fleet Street, London EC4A 2AB, United Kingdom tel +44.(0)20.7936.9002 fax +44.(0)20.7990.9909
Hong Kong  20th Floor, Central Tower, 28 Queen's Road, Central, Hong Kong tel +852.2159.9143 fax +852.3010.0082
translations@geotext.com  l  www.geotext.com

TITLE OF CLIP:   CRS-376-03-CLIP-01

UFV = Unidentified Female Voice (Voz Femenina No Identificada)
UMV = Unidentified Male Voice (Voz Masculina No Identificada)

| SPEAKER | ORIGINAL | TRANSLATION (English) |
|---|---|---|
| | | |
| PABLO FAJARDO | … siguiente… lo de la Fiscalía. Eso es la cosa que ha estado también siempre ahí—como que  no vamos—como que el fiscal no quiere. Esta semana les comentamos el día martes que había la… | … next… about the Prosecutor's Office. That is the thing that has also always been there—it's like, we're going, not going, it's as if the prosecutor doesn't want to. This week on Tuesday we mentioned to them that there was the… |
| | | |
| UMV | [inaudible] | [inaudible] |
| | | |
| FAJARDO | … el lanzamiento de la campaña Yasuní. Hablamos unos minutos con—con Correa, eh… Presidente de la República, y nos indicaba la posición que tiene el Ministro Fiscal General en la actualidad, que es un poquito de… de nerviosismo. Porque como han cambiado las fuerzas políticas comercio-nacional, o sea, está con miedo de ser removido. Posiblemente. Y está un poquito—cediendo muchas cosas de—de peticiones de otros juicios que—que han habido juicios grandes. Entonces, el Presidente cree que si hacemos un poquito de esfuerzo, antes de meter el público, el Fiscal va a ceder, y va a reabrir esa investigación por el fraude de los—del contrato de Texaco y el Estado Ecuatoriano. Entonces, no sé si vale la pena, pero, yo creo que, sabiendo esa coyuntura política en el país ahorita, creo que es oportuno si insistir en este momento. Además, quizás el ejecutivo de [ininteligible] eso al Fiscal, con copia al Presidente de la República, puede haber una—un poco de—de presión también al Fiscal, y que él reabre esta investigación… | … the launch of the Yasuní campaign. We spoke a few minutes with—with Correa, uh… President of the Republic [of Ecuador], and he was telling us about the current position of the Prosecutor General, that he is a little… a little anxious. Because, since the commercial-national political forces have changed, that is, he is afraid of being removed. Potentially. And he's a little—yielding a lot of things on—on petitions in other trials that—there have been major trials. So, the President thinks that if we put in a little effort, before getting the public involved, the Prosecutor will yield, and will re-open that investigation into the fraud of—of the contract between Texaco and the Ecuadorian Government. So, I don't know if it's worthwhile, but, I think, knowing that political outlook right now in the country, I think it is the right time to insist right now. Plus, maybe the executive of [unintelligible] that to the Prosecutor, cc'ing the President of the Republic, there could be a—a little—pressure on the Prosecutor, too, and he may re-open the investigation… |

|  |  |  |
|---|---|---|
|  | [estornudos] | [sneezes] |
|  |  |  |
| UFV | Salud. | Bless you. |
|  |  |  |
| FAJARDO | … Es otro—también otro frente de ataque también ahí. | … That's another—another front of attack there, as well. |
|  |  |  |
|  | [fin de grabación] | [end of recording] |



**G E O T E X T**
Translations, Inc.

STATE OF CALIFORNIA )
)
)
COUNTY OF SAN FRANCISCO )      ss

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true

and accurate translation from English into Spanish of the attached transcription excerpt CRS-376-

04-CLIP-01.


Nicholas Bocek, Managing Editor
Geotext Translations, Inc.


State of California, County of San Francisco

Subscribed and sworn to (or affirmed) before me

on this 8th day of August , 20 10,

by Nicholas Bocek ,

proved to me on the basis of satisfactory evidence

to be the person(s) who appeared before me.

Signature: _____

BRANDON CARNEY
COMM. # 1755114
NOTARY PUBLIC - CALIFORNIA
SAN FRANCISCO COUNTY
My Comm. Expires July 3, 2011

New York  259 West 30th Street, 17th Floor, New York, NY 10001, U.S.A. **tel** 212.631.7432 **fax** 212.631.7778
San Francisco  220 Montgomery Street, 3rd Floor, San Francisco, CA 94104, U.S.A. **tel** 415.576.9500 **fax** 415.520.0525
London  107-111 Fleet Street, London EC4A 2AB, United Kingdom **tel** +44.(0)20.7936.9002 **fax** +44.(0)20.7990.9909
Hong Kong  20th Floor, Central Tower, 28 Queen's Road Central, Hong Kong **tel** +852.2159.9143 **fax** +852.3010.0082
translations@geotext.com  I  www.geotext.com

64

TITLE OF CLIP:  **CRS-376-04-CLIP-01**

| SPEAKER (VOZ) | ORIGINAL | TRADUCCIÓN AL ESPAÑOL |
|---|---|---|
| | | |
| STEVEN DONZIGER | Our biggest problem right now is we have to pressure the judge and the court. And all these ideas about, you know, suing Texaco for moral damage by the *Cofán*, or, you know, pressuring the national prosecutor to open criminal cases-- like, they don't result in the judge feeling more pressure. So, you know, if we're gonna choose to do things, we need to do the things the judge is gonna really feel. Like the President of the country calling him out, you know. The President of the Supreme Court calling him out, for how slow the case is going. Us suing Chevron, in another form for some other thing, is not gonna pressure this judge in our case. And we have to be totally focused, in terms of our limited resources, on that one thing. That's what Texaco is doing. They're really smart. They focus on one thing: The judge. They know they can't beat us in the media. They know they can't beat us, you know, in the court of public opinion, internationally. They know every environmental group is against them. They quietly focus on the one thing they have a chance of winning at, which is control over this one person. And that's what we're neglecting. And it's not good. You know, all the success is a mile wide and an inch deep right now. We could easily lose this case if we don't do something. We have lost control of the court. We've lost control of the judge. I mean, you lose control of the judge in a bench trial, there's no jury… it's a | Nuestro problema más grande ahora es que tenemos que presionar al juez y a la corte. Y todas estas ideas de demandar a Texaco por daños morales por los cofanes o, sabes, presionar al fiscal nacional para que inicie casos penales—pues, eso no hace que el juez se sienta más presionado. Así que, si vamos a decidir hacer ciertas cosas, hay que hacer aquellas cosas que el juez en verdad va a sentir. Por ejemplo, que el presidente del país le exija una explicación, ¿no? El Presidente de la Corte Suprema exigiéndole que le explique porque el caso marcha tan lento. El que demandemos a Chevron, de otra manera o por alguna otra cosa, no va a presionar a este juez en nuestro caso. Y tenemos que concentrarnos totalmente, dados nuestros escasos recursos, en solo eso. Eso es lo que esta haciendo Texaco. Son muy inteligentes. Se concentran en una sola cosa: el juez. Saben que no nos pueden ganar en los medios de comunicación. Saben que no nos pueden ganar ante los ojos de la opinión pública internacional. Saben que todos los grupos ambientalistas están en su contra. Calladitos se concentran en donde tienen una posibilidad de ganar, es decir, el control de esta persona en particular. Y eso es lo que estamos descuidando. Y no es bueno. Sabes, en este momento, el éxito es amplio pero poco profundo. Podemos perder este caso fácilmente si no hacemos algo. Hemos perdido el control sobre la corte. Hemos perdido el control |

| | | |
|---|---|---|
| | bench trial-- you've lost the case. No matter how good the proof is. And that's what I'm seeing right now. And, I mean, people are intoxicated with all this fancy stuff and all the attention and Sting and Trudie and Al Gore and, you know, all this stuff. And-- and we're not taking care of business at home. And that's what-- that's what really worries me. | sobre el juez. Digo, si pierdes el control del juez cuando es un juicio ante un juez, sin jurado, has perdido el caso. No importa lo bueno que sean las pruebas. Y eso es lo que ahora estoy viendo. Y, digo, la gente está embriagada con todas estas cosas extravagantes y toda la atención y Sting y Trudie y Al Gore y, sabes, todas estas cosas. Y—y nosotros no nos estamos ocupando de nuestros asuntos. Y eso es—eso es lo que realmente me preocupa. |
| | | |
| | [end of recording] | [fin de grabación] |