CRUDE PRIVILEGE LOG
PRODUCED PURSUANT TO JULY 20, 2010 ORDER

| TAPE # | DATE RECORDED (2a) | PLACE RECORDED (2a) | GENERAL SUBJECT MATTER (2b) | TEMPORAL DURATION (2c) | PERSONS & AFFILIATIONS (if applicable) (2d) | Contains Narration or Other Verbal Statements Added After Images Recorded? (2e) | Persons whose Narrations/Statements were Added After Images Recorded (2f) | Persons to whom segment contents have been shown (2g) |
|---|---|---|---|---|---|---|---|---|
| CRS033 | 3/9/2006 | Quito, Ecuador | Quito scenics/b-roll | 00:40:13:22 | N/A | No | N/A | Joe Berlinger, Michael Bonfiglio, Alyse Ardell Spiegel** |
| CRS041* | 3/7/2006 | Lago Agrio, Ecuador | market b-roll | 00:21:31:07 | N/A | No | N/A | Joe Berlinger, Michael Bonfiglio, Alyse Ardell Spiegel |
| CRS056* | 4/4/2003 | Dureno, Ecuador | interviews and b-roll of indigenous villagers | 00:31:41:05 | indigenous villagers | No | N/A | Joe Berlinger, Michael Bonfiglio, Alyse Ardell Spiegel |
| CRS062* | 4/4/2003 | Dureno, Ecuador | interviews and b-roll of indigenous villagers | 00:42:06:09 | indigenous villagers | No | N/A | Joe Berlinger, Michael Bonfiglio, Alyse Ardell Spiegel |
| CRS063 | 4/4/2003 | Dureno, Ecuador | interview and b-roll of indigenous villagers | 00:54:52:18 | indigenous villagers | No | N/A | Joe Berlinger, Michael Bonfiglio, Alyse Ardell Spiegel |
| CRS064* | 4/4/2003 | Dureno, Ecuador | interviews and b-roll of indigenous villagers | 00:28:52:13 | indigenous villagers | No | N/A | Joe Berlinger, Michael Bonfiglio, Alyse Ardell Spiegel |
| CRS098* | 4/25/2006 | Houston, TX | Preparation by Emergildo Criollo for address to Chevron shareholders | 00:40:00:05 | Kevin Koenig (Amazon Watch) and Emergildo Criollo (Cofan community rep) | No | N/A | Joe Berlinger, Michael Bonfiglio, Alyse Ardell Spiegel |
| CRS101* | 4/27/2006 | Houston, TX | Emergildo Criollo reads final speech to camera | 00:03:33:03 | Emergildo Criollo and Leila Salazar (Amazon Watch) | No | N/A | Joe Berlinger, Michael Bonfiglio, Alyse Ardell Spiegel |
| CRS102 | 4/27/2006 | Houston, TX | Emergildo and Rita Maldonado reflect with Amazon Watch | 01:04:44:13 | Emergildo Criollo, Rita Maldonado (Ecuadorean community rep), Atossa Soltani (Amazon Watch), and Leila Salazar | No | N/A | Joe Berlinger, Michael Bonfiglio, Alyse Ardell Spiegel |
| CRS103 | 4/27/2006 | Houston, TX | Emergildo and Rita Maldonado reflect with Amazon Watch; Houston b-roll | 00:07:33:00 | Emergildo Criollo, Rita Maldonado, Atossa Soltani (Amazon Watch), Kevin Koenig, and Leila Salazar | No | N/A | Joe Berlinger, Michael Bonfiglio, Alyse Ardell Spiegel |
| CRS213 | 3/7/2007 | San Carlos, Ecuador | San Carlos scenics/b-roll | 00:32:07:54 | N/A | No | N/A | Joe Berlinger, Michael Bonfiglio, Alyse Ardell Spiegel |
| CRS240 | 4/9/2007 | London, England | London scenics/b-roll | 00:25:11:13 | N/A | No | N/A | Joe Berlinger, Michael Bonfiglio, Alyse Ardell Spiegel |
| CRS241 | 4/11/2007 | New York, NY | *Vanity Fair* magazines at Grand Central Station and streets of NY | 00:11:38:02 | N/A | No | N/A | Joe Berlinger, Michael Bonfiglio, Alyse Ardell Spiegel |
| CRS262 | 4/25/2007 | San Ramon, CA | protests at Chevron shareholders mtg at Chevron headquarters | 01:02:05:08 | Atossa Soltani, Kevin Koenig, Mitch Anderson (Amazon Watch), and various additional Amazon Watch reps | No | N/A | Joe Berlinger, Michael Bonfiglio, Alyse Ardell Spiegel |
| CRS263 | 4/25/2007 | San Ramon, CA | protests at Chevron shareholders mtg at Chevron headquarters | 01:03:14:09 | Atossa Soltani, Kevin Koenig, Mitch Anderson, and various additional Amazon Watch reps | No | N/A | Joe Berlinger, Michael Bonfiglio, Alyse Ardell Spiegel |
| CRS264 | 4/25/2007 | San Francisco, CA | SF scenics/b-roll | 00:07:27:05 | N/A | No | N/A | Joe Berlinger, Michael Bonfiglio, Alyse Ardell Spiegel |
| CRS265 | 4/25/2007 | San Ramon, CA | protests at Chevron shareholders mtg at Chevron headquarters | 01:04:46:49 | Atossa Soltani, Kevin Koenig, Mitch Anderson, and various additional Amazon Watch reps | No | N/A | Joe Berlinger, Michael Bonfiglio, Alyse Ardell Spiegel |
| CRS319* | 5/24/2007 | outskirts of Quito, Ecuador | Trudie Styler visits UNICEF humanitarian project (unrelated to oil)*** | 00:13:24:23 | Trudie Styler (Rainforest Foundation) and Berenice Cordero (UNICEF) | No | N/A | Joe Berlinger, Michael Bonfiglio, Alyse Ardell Spiegel |
| CRS320* | 5/24/2007 | Quito, Ecuador and outskirts | Trudie Styler visits UNICEF humanitarian project (unrelated to oil); Quito B-roll | 00:08:18:04 | Trudie Styler and Berenice Cordero | No | N/A | Joe Berlinger, Michael Bonfiglio, Alyse Ardell Spiegel |

CRUDE PRIVILEGE LOG
PRODUCED PURSUANT TO JULY 20, 2010 ORDER

| ID | Date | Location | Description | Duration | Subjects | | | Recipients |
|---|---|---|---|---|---|---|---|---|
| CRS329 | 5/24/2007 | outskirts of Quito, Ecuador | Trudie Styler visits UNICEF humanitarian project (unrelated to oil) | 01:04:45:24 | Trudie Styler and Berenice Cordero | No | N/A | Joe Berlinger, Michael Bonfiglio, Alyse Ardell Spiegel |
| CRS330* | 5/24/2007 | Quito, Ecuador | Trudie Styler and Berenice Cordero (UNICEF) driving in van | 00:21:57:14 | Trudie Styler and Berenice Cordero | No | N/A | Joe Berlinger, Michael Bonfiglio, Alyse Ardell Spiegel |
| CRS337 | 6/1/2007 | San Carlos, Ecuador | Maria Garofalo and Silvia Yanez prep for travel to hospital for cancer treatment | 00:55:18:08 | Maria Garofalo and Silvia Yanez (San Carlos residents) | No | N/A | Joe Berlinger, Michael Bonfiglio, Alyse Ardell Spiegel |
| CRS338 | 6/1/2007 | San Carlos --> Guayaquil, Ecuador | Maria Garofalo and Silvia Yanez prep for travel to hospital then begin trip | 01:02:54:45 | Maria Garofalo and Silvia Yanez | No | N/A | Joe Berlinger, Michael Bonfiglio, Alyse Ardell Spiegel |
| CRS339 | 5/31/2007 & 6/1/2007 | San Carlos --> Guayaquil, Ecuador | Maria Garofalo and Silvia Yanez travel to hospital | 00:18:10:29 | Maria Garofalo and Silvia Yanez | No | N/A | Joe Berlinger, Michael Bonfiglio, Alyse Ardell Spiegel |
| CRS340 | 6/1/2007 | Guayaquil, Ecuador | Maria Garofalo and Silvia Yanez at hospital | 00:02:04:22 | Maria Garofalo and Silvia Yanez | No | N/A | Joe Berlinger, Michael Bonfiglio, Alyse Ardell Spiegel |
| CRS372 | 7/27/2007 | Ecuadorean Amazon | Aerial shots | 01:04:27:00 | N/A | No | N/A | Joe Berlinger, Michael Bonfiglio, Alyse Ardell Spiegel |
| CRS373 | 7/27/2010 | Ecuadorean Amazon | Aerial shots | 00:56:09:07 | N/A | No | N/A | Joe Berlinger, Michael Bonfiglio, Alyse Ardell Spiegel |
| CRS374 | June '07 | Oriente region, Ecuador | Bus exteriors, Pipeline scenic shots | 00:15:46:16 | N/A | No | N/A | Joe Berlinger, Michael Bonfiglio, Alyse Ardell Spiegel |
| CRS384 | May '07 | various locations Ecuadorean Amazon | scenics/b-roll Ecuadorean Amazon | 01:02:32:23 | N/A | No | N/A | Joe Berlinger, Michael Bonfiglio, Alyse Ardell Spiegel |
| CRS392* | 5/24/2007 | Lago Agrio & Shushufindi, Ecuador | b-roll of oil well, courthouse, Lago Agrio, Shushufindi | 00:48:17:01 | N/A | No | N/A | Joe Berlinger, Michael Bonfiglio, Alyse Ardell Spiegel |
| CRS395* | 5/24/2007 | Shushufindi or Coca, Ecuador | Capuchin priest interview | 00:19:21:14 | Capuchin priest (name unknown) | No | N/A | Joe Berlinger, Michael Bonfiglio, Alyse Ardell Spiegel |
| CRS401 | 7/2/2007 | San Carlos, Ecuador | Rosa Moreno, various townspeople | 01:04:11:13 | Rosa Moreno (nurse, San Carlos health clinic) | No | N/A | Joe Berlinger, Michael Bonfiglio, Alyse Ardell Spiegel |
| CRS402 | 7/2/2007 | San Carlos, Ecuador | Rosa Moreno, various townspeople | 01:04:46:05 | Rosa Moreno | No | N/A | Joe Berlinger, Michael Bonfiglio, Alyse Ardell Spiegel |
| CRS403 | 7/2/2007 | San Carlos, Ecuador | B-roll scenics Ecuadorean Amazon, interview with local resident, oil spill clean up, San Carlos b-roll, San Carlos health clinic, Maria Garofalo interview, Maria Garofalo and Rosa Moreno make signs for march | 01:01:35:03 | Maria Garofalo and Rosa Moreno | No | N/A | Joe Berlinger, Michael Bonfiglio, Alyse Ardell Spiegel |
| CRS404* | 7/3/2007 | San Carlos, Ecuador | Rosa Moreno and Maria Garofalo prep for march; additional townspeople | 00:18:01:23 | Rosa Moreno and Maria Garofalo | No | N/A | Joe Berlinger, Michael Bonfiglio, Alyse Ardell Spiegel |
| CRS409* | 7/3/2007 | San Carlos --> Lago Agrio, Ecuador | Miscellaneous health clinic, Maria Garofalo and Rosa Moreno prep for march; miscellaneous townspeople travel from San Carlos to Lago Agrio | 00:58:31:24 | Rosa Moreno and Maria Garofalo | No | N/A | Joe Berlinger, Michael Bonfiglio, Alyse Ardell Spiegel |

CRUDE PRIVILEGE LOG
PRODUCED PURSUANT TO JULY 20, 2010 ORDER

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| CRS424 | 7/27/2007 | Manchester, NH | Trudie Styler discussion with inventor Dean Kamen | 00:32:13:14 | Trudie Styler, Dean Kamen (inventor), Helen Fairclough, Theresa Lowrey (Trudie Styler assistant), Bobby Sager (Trudie Styler friend) | No | N/A | Joe Berlinger, Michael Bonfiglio, Alyse Ardell Spiegel |
| CRS425 | 7/27/2007 | Manchester, NH | Trudie Styler discussion with inventor Dean Kamen | 00:59:00:01 | Trudie Styler, Dean Kamen, Helen Fairclough, Theresa Lowrey, Bobby Sager | No | N/A | Joe Berlinger, Michael Bonfiglio, Alyse Ardell Spiegel |
| CRS426 | 7/27/2007 | Manchester, NH | Trudie Styler discussion with inventor Dean Kamen | 00:59:06:20 | Trudie Styler, Dean Kamen, Helen Fairclough, Theresa Lowrey, Bobby Sager | No | N/A | Joe Berlinger, Michael Bonfiglio, Alyse Ardell Spiegel |
| CRS427 | 7/27/2007 | Manchester, NH | Trudie Styler discussion with inventor Dean Kamen | 00:16:23:10 | Trudie Styler, Dean Kamen, Helen Fairclough, Theresa Lowrey, Bobby Sager | No | N/A | Joe Berlinger, Michael Bonfiglio, Alyse Ardell Spiegel |
| CRS435 | unknown | Quito, Ecuador | protest in Quito | 00:42:00:12 | various protestors | No | N/A | Joe Berlinger, Michael Bonfiglio, Alyse Ardell Spiegel |
| CRS438* | 12/10/2007 | Quito, Ecuador | Trudie Styler and UNICEF meeting; Quito b-roll | 00:34:12:10 | Trudie Styler and Christian Munduate (UNICEF) | No | N/A | Joe Berlinger, Michael Bonfiglio, Alyse Ardell Spiegel |
| CRS445A | 1/23/2008 | New York, NY | NYC scenics/b-roll | 00:04:34:00 | N/A | No | N/A | Joe Berlinger, Michael Bonfiglio, Alyse Ardell Spiegel |
| CRS445B | unknown | San Francisco, CA | SF scenics/b-roll | 00:32:13:03 | N/A | No | N/A | Joe Berlinger, Michael Bonfiglio, Alyse Ardell Spiegel |
| CRS446 | Summer '08 | New York, NY | NYC scenics/b-roll | 00:07:05:06 | N/A | No | N/A | Joe Berlinger, Michael Bonfiglio, Alyse Ardell Spiegel |
| CRS455 | 4/27/08 & 4/28/08 | Quito & Oriente, Ecuador | Quito scenics/b-roll, Oriente scenics/b-roll | 00:51:24:18 | N/A | No | N/A | Joe Berlinger, Michael Bonfiglio, Alyse Ardell Spiegel |
| CRS456 | 4/28/2008 | Dureno, Ecuador | Dureno scenics/b-roll, interviews with indigenous villagers | 01:02:30:07 | indigenous villagers | No | N/A | Joe Berlinger, Michael Bonfiglio, Alyse Ardell Spiegel |
| CRS457 | 4/28/2008 | Dureno, Ecuador | Dureno scenics/b-roll, interviews with indigenous villagers | 00:59:37:08 | indigenous villagers | No | N/A | Joe Berlinger, Michael Bonfiglio, Alyse Ardell Spiegel |
| CRS458 | 4/28/2008 | Dureno & Lago Agrio, Ecuador | Dureno scenics/b-roll, interviews with indigenous villagers, scenics/b-roll Lago Agrio | 00:27:13:27 | indigenous villagers | No | N/A | Joe Berlinger, Michael Bonfiglio, Alyse Ardell Spiegel |
| CRS459 | 4/28/2008 | Dureno, Ecuador | Dureno scenics/b-roll interviews with indigenous villagers | 01:01:45:11 | indigenous villagers | No | N/A | Joe Berlinger, Michael Bonfiglio, Alyse Ardell Spiegel |
| CRS460 | 4/28/2008 | Dureno, Ecuador | Dureno scenics/b-roll interviews with indigenous villagers | 00:55:19:01 | indigenous villagers | No | N/A | Joe Berlinger, Michael Bonfiglio, Alyse Ardell Spiegel |
| CRS461 | 4/28/2008 | Dureno, Ecuador | Dureno scenics/b-roll interviews with indigenous villagers | 00:34:57:28 | indigenous villagers | No | N/A | Joe Berlinger, Michael Bonfiglio, Alyse Ardell Spiegel |
| CRS473* | 4/30/2008 | various locations Ecuadorean Amazon | Clean Drinking Water Project implementation | 00:09:35:05 | Trudie Styler, Juan Vasconez, Helen Fairclough, additional UNICEF personnel, various local residents | No | N/A | Joe Berlinger, Michael Bonfiglio, Alyse Ardell Spiegel |
| CRS474* | 4/30/2008 | various locations Ecuadorean Amazon | Clean Drinking Water Project implementation | 00:16:08:19 | Trudie Styler, Juan Vasconez, Helen Fairclough, additional UNICEF personnel, various local residents | No | N/A | Joe Berlinger, Michael Bonfiglio, Alyse Ardell Spiegel |
| CRS483* | 4/14/2008 | San Francisco, CA | Chevron press conference at Fairmont Hotel | 00:09:14:04 | Paul Paz y Mino and Mitch Anderson (both Amazon Watch) | No | N/A | Joe Berlinger, Michael Bonfiglio, Alyse Ardell Spiegel |
| CRS486 | 5/7/2008 | New York, NY | Rainforest Foundation Benefit Concert Rehearsals | 00:44:11:17 | Trudie Styler, Sting (musician), James Taylor (musician), Billy Joel (musician), Feist (musician), Brian Wilson (musician), various additional musicians | No | N/A | Joe Berlinger, Michael Bonfiglio, Alyse Ardell Spiegel |
| CRS487 | 5/7/2008 | New York, NY | Rainforest Foundation Benefit Concert Rehearsals | 01:01:57:13 | Trudie Styler, Sting, James Taylor, Billy Joel, Feist, Brian Wilson, various additional musicians | No | N/A | Joe Berlinger, Michael Bonfiglio, Alyse Ardell Spiegel |

CRUDE PRIVILEGE LOG
PRODUCED PURSUANT TO JULY 20, 2010 ORDER

| ID | Date | Location | Description | Duration | Persons | Privileged | Basis | Recipients |
|---|---|---|---|---|---|---|---|---|
| CRS488 | 5/7/2008 | New York, NY | Rainforest Foundation Benefit Concert Rehearsals | 01:01:02:08 | Trudie Styler, Sting, James Taylor, Billy Joel, Feist, Brian Wilson, various additional musicians | No | N/A | Joe Berlinger, Michael Bonfiglio, Alyse Ardell Spiegel |
| CRS489 | 5/7/2008 | New York, NY | Rainforest Foundation Benefit Concert Rehearsals | 00:40:56:09 | Trudie Styler, Sting, James Taylor, Billy Joel, Feist, Brian Wilson, various additional musicians | No | N/A | Joe Berlinger, Michael Bonfiglio, Alyse Ardell Spiegel |
| CRS490 | 5/8/2008 | New York, NY | Trudie Styler rings Bell @ NASDAQ | 00:37:00:26 | Trudie Styler, various NASDAQ employees | No | N/A | Joe Berlinger, Michael Bonfiglio, Alyse Ardell Spiegel |
| CRS499 | 6/5/2008 | various locations Ecuadorean Amazon | scenics/b-roll Ecuadorean Amazon | 00:50:50:26 | N/A | No | N/A | Joe Berlinger, Michael Bonfiglio, Alyse Ardell Spiegel |
| CRS500 | 6/6/2008 | San Carlos vacinity | Silvia Yanez doing farm work and Oriente b-roll | 00:58:26:00 | Silvia Yanez | No | N/A | Joe Berlinger, Michael Bonfiglio, Alyse Ardell Spiegel |
| CRS501 | 6/6/2008 | San Carlos vacinity | Silvia Yanez doing farm work and Oriente b-roll | 00:38:09:00 | Silvia Yanez | No | N/A | Joe Berlinger, Michael Bonfiglio, Alyse Ardell Spiegel |
| CRS504 | 5/7/2008 | New York, NY | Rainforest Foundation Benefit Concert Rehearsals | 00:33:40:18 | Trudie Styler, Sting, James Taylor, Billy Joel, Feist, Brian Wilson, various additional musicians | No | N/A | Joe Berlinger, Michael Bonfiglio, Alyse Ardell Spiegel |
| CRS505 | 5/7/2008 | New York, NY | Rainforest Foundation Benefit Concert Rehearsals | 00:31:02:00 | Trudie Styler, Sting, James Taylor, Billy Joel, Feist, Brian Wilson, various additional musicians | No | N/A | Joe Berlinger, Michael Bonfiglio, Alyse Ardell Spiegel |
| CRS506 | 5/7/2008 | New York, NY | Rainforest Foundation Benefit Concert Rehearsals | 00:31:56:24 | Trudie Styler, Sting, James Taylor, Billy Joel, Feist, Brian Wilson, various additional musicians | No | N/A | Joe Berlinger, Michael Bonfiglio, Alyse Ardell Spiegel |
| CRS507 | 5/7/2008 | New York, NY | Rainforest Foundation Benefit Concert Rehearsals | 00:28:18:29 | Trudie Styler, Sting, James Taylor, Billy Joel, Feist, Brian Wilson, various additional musicians | No | N/A | Joe Berlinger, Michael Bonfiglio, Alyse Ardell Spiegel |
| CRS508 | 5/7/2008 | New York, NY | Rainforest Foundation Benefit Concert Rehearsals | 00:33:13:27 | Trudie Styler, Sting, James Taylor, Billy Joel, Feist, Brian Wilson, various additional musicians | No | N/A | Joe Berlinger, Michael Bonfiglio, Alyse Ardell Spiegel |
| CRS509 | 5/7/2008 | New York, NY | Rainforest Foundation Benefit Concert Rehearsals | 00:32:30:14 | Trudie Styler, Sting, James Taylor, Billy Joel, Feist, Brian Wilson, various additional musicians | No | N/A | Joe Berlinger, Michael Bonfiglio, Alyse Ardell Spiegel |
| CRS510 | 5/7/2008 | New York, NY | Rainforest Foundation Benefit Concert Rehearsals | 00:29:57:14 | Trudie Styler, Sting, James Taylor, Billy Joel, Feist, Brian Wilson, various additional musicians | No | N/A | Joe Berlinger, Michael Bonfiglio, Alyse Ardell Spiegel |
| CRS511 | 5/7/2008 | New York, NY | Rainforest Foundation Benefit Concert Rehearsals | 00:22:22:18 | Trudie Styler, Sting, James Taylor, Billy Joel, Feist, Brian Wilson, various additional musicians | No | N/A | Joe Berlinger, Michael Bonfiglio, Alyse Ardell Spiegel |
| CRS512 | 5/8/2008 | New York, NY | Trudie Styler rings NASDAQ opening bell @ NASDAQ | 00:28:53:24 | Trudie Styler and various NASDAQ employees | No | N/A | Joe Berlinger, Michael Bonfiglio, Alyse Ardell Spiegel |
| CRS513 | 5/8/2008 | New York, NY | Trudie Styler rings NASDAQ opening bell @ NASDAQ | 00:13:41:16 | Trudie Styler and various NASDAQ employees | No | N/A | Joe Berlinger, Michael Bonfiglio, Alyse Ardell Spiegel |
| CRS515 | 8/27/2008 | Coral Gables, FL | Sara McMillen interview | 01:00:09:07 | Sara McMillen (Chevron Chief Environmental Scientist), Kent Roberson (Chevron Spokesperson) | No | N/A | Joe Berlinger, Michael Bonfiglio, Alyse Ardell Spiegel |
| CRS516 | 8/27/2008 | Coral Gables, FL | Sara McMillen interview | 01:00:34:22 | Sara McMillen, Kent Robertson | No | N/A | Joe Berlinger, Michael Bonfiglio, Alyse Ardell Spiegel |
| CRS517 | 8/27/2008 | Coral Gables, FL | Chevron office b-roll, Coral Gables b-roll | 00:11:52:21 | N/A | No | N/A | Joe Berlinger, Michael Bonfiglio, Alyse Ardell Spiegel |
| CRS518 | 8/27/2008 | Coral Gables, FL | Ricardo Reis Veiga interview | 00:54:00:23 | Ricardo Reis Veiga (Managing Counsel, Chevron Latin America), Kent Robertson | No | N/A | Joe Berlinger, Michael Bonfiglio, Alyse Ardell Spiegel |
| CRS519 | 8/27/2008 | Coral Gables, FL | Sara McMillen interview | 00:53:56:04 | Sara McMillen, Kent Robertson | No | N/A | Joe Berlinger, Michael Bonfiglio, Alyse Ardell Spiegel |
| CRS520 | 8/27/2008 | Coral Gables, FL | Ricardo Reis Veiga interview | 01:00:01:05 | Ricardo Reis Veiga, Kent Robertson | No | N/A | Joe Berlinger, Michael Bonfiglio, Alyse Ardell Spiegel |

**CRUDE PRIVILEGE LOG**
**PRODUCED PURSUANT TO JULY 20, 2010 ORDER**

| CRS521 | 8/27/2008 | Coral Gables, FL | Ricardo Reis Veiga interview | 00:59:36:11 | Ricardo Reis Veiga, Kent Robertson | No | N/A | Joe Berlinger, Michael Bonfiglio, Alyse Ardell Spiegel |
|---|---|---|---|---|---|---|---|---|
| CRS523 | 9/23/2008 | New York, NY | Trudie Styler Re-Recorded Post-Production Pick-Up Narration | | Trudie Styler | No | N/A | Joe Berlinger, Michael Bonfiglio, Alyse Ardell Spiegel |

**Notes**

(*) Tape contains both responsive and non-responsive material. All other tapes contain only non-responsive material.

(**) Multiple assistant editors who were hired as part of the filmmaking team over the course of two years may have viewed portions of the footage during the editing process.

(***) During and after the production of CRUDE Ms. Styler requested that Mr. Berlinger prepare edited sequences, or to provide her editors with a small amount of selected outtakes, in order to create presentations for the Rainforest Foundation about her collaboration with UNICEF on both her water project highlighted in CRUDE and another UNICEF humanitarian mission in Ecuador unrelated oil production.