UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x
In re:

Application of CHEVRON                          10 MC 00001 (LAK)

This Document Applies to:  ALL CASES
-------------------------------------------------------x

## NOTICE OF MOTION, OR IN THE ALTERNATIVE,
## NOTICE OF JOINDER IN RELATED MOTION

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law,

dated August 19, 2010, the accompanying Declaration of Paul E. Dans, dated August 19,

2010, and all prior papers and proceedings had here, Rodrigo Pérez Pallares will move

this Court, before the Honorable Lewis A. Kaplan, on a date to be determined by this

Court, respectfully requested to be as soon as the Court's schedule permits, for an order

compelling compliance with subpoenas, or in the alternative, granting Chevron's Motion

for A Preservation Order and to Supplement and Enforce the Subpoenas (D.E. 2), a

motion in which he joins and responds to Respondents' Motion for Leave to File Further

Opposition to Chevron's Motion.

Dated:  August 19, 2010
Miami, Florida

RIVERO MESTRE & CASTRO

By: /s/ Paul E. Dans
        Paul E. Dans
        Andrés Rivero*
        Jorge A. Mestre*
2525 Ponce de Leon Boulevard
Suite 1000
Miami, FL 33134
Telephone: (305) 445-2500
Facsimile: (305) 445-2505
pdans@rmc-attorneys.com

jmestre@rmc-attorneys.com
arivero@rmc-attorneys.com

*Attorneys for Rodrigo Pérez Pallares*

*Admitted *pro hac vice*