DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/24/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:

Application of CHEVRON                                         10 MC 00001 (LAK)

This Document Applies to: ALL CASES
------------------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

      On August 3, 2010, Chevron Corporation ("Chevron") moved to compel the Berlinger respondents to comply with previous discovery orders and for additional disclosure. [DI 2] The Berlinger respondents cross-moved for other relief [DI 11] and then, after Chevron's motion appeared to have been fully submitted, for leave to file an additional brief and declaration in opposition to Chevron's motion [DI 26]. Not to be outdone, the so-called Lago Agrio plaintiffs, whose standing in this matter is debatable to say the least, moved to strike certain of Chevron's filings. [DI 23] All of these matters now are under advisement.

      On April 20, 2010, two and one-half weeks after Chevron made its motion to compel compliance with prior orders, petitioner Rodrigo Perez Pallares made a similar motion in his own behalf. In a fusillade of letters, the Court now is informed that petitioner Ricardo Reis Veiga is threatening to make his own similar motion, but allegedly has refused to indicate when such a motion would be forthcoming. Moreover, counsel for the Berlinger respondents seek additional time to respond to the Pallares motion.

      In all the circumstances, including the lengthy delay by Pallares and Veiga in making motions that should have been made when Chevron filed its August 3 motion, the Court directs as follows:

      1.    Any motion by Veiga to compel compliance with previous orders or to compel additional disclosure shall be filed no later than August 26, 2010.

      2.    Any opposition to the Pallares motion and any such motion by Veiga shall be filed no later than August 27, 2010.

      3.    Any reply papers in support of the Pallares and any Veiga motion shall be filed no later than August 30, 2010.

      SO ORDERED.

Dated:      August 24, 2010

                                                                          Lewis A. Kaplan
                                                             United States District Judge