UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
IN RE:                                                    :
                                                          :
Application of CHEVRON                                    :   10 MC 00001 (LAK)
                                                          :
This Document Applies to:  ALL CASES                      :
-----------------------------------------------------------X

## MOTION TO ADMIT LEE LEVINE PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Seth D. Berlin, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

> Lee Levine
> Levine Sullivan Koch & Schulz, L.L.P.
> 1050 Seventeenth Street, N.W., Suite 800
> Washington, DC 20036
> (202) 508-1100 (telephone)
> (202) 861-9888 (facsimile)
> llevine@lskslaw.com

As reflected in the accompanying Affidavit, Mr. Levine is a member in good standing of the Bars of the District of Columbia and the Commonwealth of Pennsylvania. There are no pending disciplinary proceedings against Mr. Levine in any State or Federal court.

WHEREFORE, it is respectfully requested that the motion to admit Lee Levine *pro hac vice* to represent Respondents in the above-captioned matter be granted.

Dated: August 24, 2010

Respectfully submitted,

[signature]

Seth D. Berlin
LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.
1050 Seventeenth Street, N.W., Suite 800
Washington, DC 20036
(202) 508-1122
sberlin@lskslaw.com

{00327846;v1}

To:

Randy M. Mastro
Gibson, Dunn & Crutcher, LLP
200 Park Avenue
47th Floor
New York, NY  10166

*Counsel for Chevron Corporation*

Andres Rivero
Jorge Alejando Mestre
Paul E. Dans
Rivero Mestre & Castro
2525 Ponce de Leon Boulevard
Suite 1000
Coral Gables, FL  33134

*Counsel for Rodrigo Pérez Pallares*

Beth A. Stewart
Peter Jonathan Kahn
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC  20005

*Counsel for Ricardo Reis Veiga*

Ilan M. Maazel
Jonathan S. Abady
Ogilvie Andrew Fraser Wilson
Emery Celli Brinckerhoff & Abady, LLP
75 Rockefeller Plaza
20th Floor
New York, NY  10019

*Counsel for Lago Agrio Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
IN RE:                                                           :
                                                                 :
Application of CHEVRON                                           :   10 MC 00001 (LAK)
                                                                 :
This Document Applies to:  ALL CASES                             :   AFFIDAVIT OF SETH D. BERLIN
                                                                 :   IN SUPPORT OF MOTION TO
                                                                 :   ADMIT COUNSEL PRO HAC
                                                                 :   VICE
-----------------------------------------------------------------X

I, Seth D. Berlin, hereby declare under penalty of perjury as follows:

1. I am a member of the law firm Levine Sullivan Koch & Schulz, L.L.P. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Respondents' motion to admit Lee Levine as counsel *pro hac vice*, to represent Respondents in this matter.

2. I was admitted to practice law in New York in 2001, and have been a member in good standing of the bar of the State of New York since that time. I am also a member in good standing of the bars of the State of Maryland (admitted 1991) and the District of Columbia (admitted 1992), as well as numerous federal district and appellate courts. Specifically, I am admitted to practice before the United States District Court for the Southern District of New York, and am a member in good standing of the bar of this Court.

3. I have known Lee Levine since 1990.

4. Mr. Levine is a member of the law firm of Levine Sullivan Koch & Schulz, L.L.P. in Washington, D.C.

5. Mr. Levine is a member in good standing of the Bars of the District of Columbia and the Commonwealth of Pennsylvania. There are no pending disciplinary proceedings against

{00327846;v1}

Mr. Levine in any State or Federal court. Certificates of Good Standing from the D.C. Court of Appeals and the Pennsylvania Supreme Court are attached hereto as Exhibits A and B.

6. I have found Mr. Levine to be a skilled attorney and person of integrity. He is experienced in Federal practice and familiar with the Federal Rules of Procedure.

7. Accordingly, I am pleased to move the admission of Lee Levine *pro hac vice*.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on this 24th day of August 2010 in Washington, D.C.

Seth D. Berlin



# District of Columbia Court of Appeals
## Committee on Admissions
### 430 E Street, N.W. — Room 123
### Washington, D. C. 20001
### 202 / 879-2710

I, JOY A. CHAPPER, Acting Clerk of the District of Columbia Court of Appeals, do hereby certify that

**LEE J. LEVINE**

was on the 19TH day of DECEMBER, 1980, duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on August 18, 2010.

JOY A. CHAPPER, ACTING CLERK

By: _____
Deputy Clerk



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Lee Jay Levine, Esq.

**DATE OF ADMISSION**

**September 23, 2004**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

**Witness my hand and official seal**
**Dated: August 19, 2010**

Patricia A. Johnson
Chief Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
IN RE:                                                           :
                                                                 :
**Application of CHEVRON**                                       :  10 MC 00001 (LAK)
                                                                 :
**This Document Applies to:  ALL CASES**                         :  ORDER FOR ADMISSION PRO
                                                                 :  HAC VICE OF LEE LEVINE ON
                                                                 :  WRITTEN MOTION
-----------------------------------------------------------------X

Upon the motion of Seth D. Berlin, counsel for Respondents Joseph A. Berlinger, Crude Productions, LLC, Michael Bonfiglio, Third Eye Motion Picture Company, Inc., and @radical.media LLC ("Respondents"), and the affidavit submitted in support thereof,

IT IS HEREBY ORDERED that

> Lee Levine
> Levine Sullivan Koch & Schulz, L.L.P.
> 1050 Seventeenth Street, N.W., Suite 800
> Washington, DC  20036
> (202) 508-1100 (telephone)
> (202) 861-9888 (facsimile)
> llevine@lskslaw.com

is admitted to practice *pro hac vice* as counsel for Respondents in the above-captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.  As this action is assigned to Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Dated: _____

                                        _____
                                        Hon. Lewis A. Kaplan

{00327846;v1}

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
IN RE:                                                          :
                                                                :
Application of CHEVRON                                          :   10 MC 00001 (LAK)
                                                                :
This Document Applies to: ALL CASES                             :   AFFIDAVIT OF SERVICE
                                                                :
                                                                :
----------------------------------------------------------------X

WASHINGTON              )
                        ) SS.
DISTRICT OF COLUMBIA    )

     PATRICIA K. SNOWDEN, being duly sworn, deposes and says as follows:

     1.    I am a legal administrative assistant with the law firm of Levine Sullivan Koch & Schulz, L.L.P. I am not a party to this action, am over 18 years of age, and reside in Frederick, Maryland.

     2.    On August 24, 2010, I caused to be served a true copy of the Motion to Admit Counsel Pro Hac Vice and Affidavit of Seth D. Berlin in Support of Motion to Admit Counsel Pro Hac Vice (with attachments) via electronic and first-class mail upon:

Randy M. Mastro
Gibson, Dunn & Crutcher, LLP
200 Park Avenue
47th Floor
New York, NY 10166

*Counsel for Chevron Corporation*

Andres Rivero
Jorge Alejando Mestre
Paul E. Dans
Rivero Mestre & Castro
2525 Ponce de Leon Boulevard, Suite 1000
Coral Gables, FL 33134

*Counsel for Rodrigo Pérez Pallares*

{00327846;v1}

Beth A. Stewart
Peter Jonathan Kahn
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC  20005

*Counsel for Ricardo Reis Veiga*

Ilan M. Maazel
Jonathan S. Abady
Ogilvie Andrew Fraser Wilson
Emery Celli Brinckerhoff & Abady, LLP
75 Rockefeller Plaza
20th Floor
New York, NY  10019

*Counsel for Lago Agrio Plaintiffs*

_____
Patricia K. Snowden

Subscribed and sworn to before me
this 24th day of August 2010

_____
Notary Public

5