UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x
In re:

Application of CHEVRON                                              10 MC 00001 (LAK)

This Document Applies to:  ALL CASES
----------------------------------------------------------x

## MEMORANDUM IN SUPPORT OF
## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

       Williams & Connolly LLP has moved for leave to withdraw as counsel for Ricardo Reis Veiga in this case on the ground that the firm has a conflict of interest, and that substitute counsel has been retained and entered an appearance in the case.

       Local Rule 1.4 provides that "[a]n attorney who has appeared as attorney of record for a party may be relieved or displaced only by order of the court and may not withdraw from a case without leave of the court granted by order," and that "[s]uch an order may be granted only upon a showing by affidavit or otherwise of satisfactory reasons for withdrawal or displacement and the posture of the case, including its position, if any, on the calendar."

       Williams & Connolly LLP recently informed its client, Ricardo Reis Veiga, of a conflict of interest that interferes with its further representation of him in this matter.  As explained in the accompanying Affidavit of Peter Kahn, Mr. Veiga consents to the firm's withdrawal and has obtained replacement counsel who have entered an appearance and submitted a filing addressing the remaining issues in this case.

       For these reasons, we respectfully request that the motion for leave to withdraw as counsel be granted.

Respectfully submitted,

/s/ Peter J. Kahn

WILLIAMS & CONNOLLY LLP
Peter J. Kahn
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone:  (202) 434-5000
Facsimile:  (202) 434-5029