UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
In re Application of

CHEVRON CORPORATION                                              10 MC 00001 (LAK)

This Document Applies to: ALL CASES
------------------------------------------------------------------ x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

       In a memorandum opinion of even date, the Court indicated that it will appoint a special master for purposes set forth therein.

       The identity and certain other information regarding an attorney whom the Court is considering appointing is available to counsel of record from chambers and shall be held in confidence pending further order of the Court. Any objections to the appointment of this individual shall be made by letter delivered to chambers not later than September 13, 2010.

       SO ORDERED.

Dated:    September 7, 2010

                                                Lewis A. Kaplan
                                       United States District Judge