**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Application of CHEVRON CORPORATION, et al.<br><br>This Document Applies to: ALL CASES. | 10-mc-0001 (LAK) |

**DECLARATION OF ADAM R. PULVER IN SUPPORT OF PLAINTIFFS' JOINT REPLY IN SUPPORT OF MOTION FOR RECONSIDERATION OF FN. 20 CONCERNING STANDING**

ADAM R. PULVER declares, under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am an associate at Emery Celli Brinckerhoff & Abady LLP, attorneys for the Lago Agrio Plaintiffs. I submit this declaration in support of Plaintiffs' Joint Reply in Support of their Motion for Reconsideration of Footnote 20 Concerning Standing.

2. Attached hereto are true and complete copies of the following documents cited in Plaintiffs' Joint Reply Memorandum of Law:

> (i) Subpoenas issued by the United States District Court for the Southern District of New York, *In re Application of Chevron Corp.*, Case No. M-19-111, dated May 13, 2010 (Ex. A);
>
> (ii) Subpoenas issued by the United States District Court for the Southern District of New York, *In re Application of Rodrigo Perez Pallares and Ricardo Reis Veiga*, Case No. M-19-111, dated May 13, 2010 (Ex. B);
>
> (iii) August 20, 2010 Order of the United States District Court for the District of New Mexico, consolidating *In re Chevron*, No. 10-mc-21 RB, and *In re Rodrigo Perez Pallares*, *et al.*, No. 10-mc-22 JH.

3. I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: New York, New York
September 20, 2010

                                              /s/ *Adam R. Pulver*
                                                Adam R. Pulver