UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IN RE:                                                           :

Application of CHEVRON                                           :     10 MC 00001 (LAK)

                                                                 :
This Document Applies to:  ALL CASES                             :
-----------------------------------------------------------------X

**MEMO ENDORSED**

## MOTION TO ADMIT LEE LEVINE PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Seth D. Berlin, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

> Lee Levine
> Levine Sullivan Koch & Schulz, L.L.P.
> 1050 Seventeenth Street, N.W., Suite 800
> Washington, DC 20036
> (202) 508-1100 (telephone)
> (202) 861-9888 (facsimile)
> llevine@lskslaw.com

As reflected in the accompanying Affidavit, Mr. Levine is a member in good standing of the Bars of the District of Columbia and the Commonwealth of Pennsylvania. There are no pending disciplinary proceedings against Mr. Levine in any State or Federal court.

WHEREFORE, it is respectfully requested that the motion to admit Lee Levine *pro hac vice* to represent Respondents in the above-captioned matter be granted.

Dated: August 24, 2010

Respectfully submitted,

[signature]

Seth D. Berlin
LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.
1050 Seventeenth Street, N.W., Suite 800
Washington, DC 20036
(202) 508-1122
sberlin@lskslaw.com

SO ORDERED

[signature]
LEWIS A. KAPLAN, USDJ
9/22/10

{00327846;v1}

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED #: 9/22/10