UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Application of Chevron Corporation, et al.,

*Petitioners.*

Case No. 10-MC-00001

NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the annexed declarations of Alan Vinegrad and Emily Holness and the exhibits attached thereto, Petitioner Ricardo Reis Veiga will move this Court, before the Honorable Lewis A. Kaplan, United States District Judge, at the United States Courthouse, 500 Pearl Street, Courtroom 12D, New York, New York, as soon as counsel may be heard, for an Order pursuant to Local Civil Rule 1.3(c) of this Court admitting Emily Holness *pro hac vice* in connection with the above-captioned action and for such other and further relief as the Court may deem just and proper.

Dated: New York, New York
January 10, 2011

COVINGTON & BURLING LLP

By: _____
Alan Vinegrad

The New York Times Building
620 Eighth Avenue
New York, NY  10018-1405
(212) 841-1000
avinegrad@cov.com

*Attorneys for Petitioner Ricardo Reis Veiga*

NY: 695759-1