**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DOC # ___79___

In re Application of Chevron Corporation, et al.,

*Petitioners.*

Case No. 10-MC-00001

**NOTICE OF MOTION**

2011 JAN 10 PM 4: 19
S.D. OF N.Y.

1/13/11

PLEASE TAKE NOTICE that, upon the annexed declarations of Alan Vinegrad and Emily Holness and the exhibits attached thereto, Petitioner Ricardo Reis Veiga will move this Court, before the Honorable Lewis A. Kaplan, United States District Judge, at the United States Courthouse, 500 Pearl Street, Courtroom 12D, New York, New York, as soon as counsel may be heard, for an Order pursuant to Local Civil Rule 1.3(c) of this Court admitting Emily Holness *pro hac vice* in connection with the above-captioned action and for such other and further relief as the Court may deem just and proper.

Dated:  New York, New York
        January 1V, 2011

SO ORDERED

LEWIS A. KAPLAN, USDJ

1/13/11

COVINGTON & BURLING LLP

By: _____
    Alan Vinegrad

The New York Times Building
620 Eighth Avenue
New York, NY  10018-1405
(212) 841-1000
avinegrad@cov.com

*Attorneys for Petitioner Ricardo Reis Veiga*

NY: 695759-1