M19-111 (LAK)

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

**MANDATE**

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 13th day of January, two thousand and eleven.

PRESENT:  PIERRE N. LEVAL,
          BARRINGTON D. PARKER,
          PETER W. HALL,
                    *Circuit Judges*.

_____

Chevron Corporation, Rodrigo Pérez Pallares, Ricardo Reis Veiga,

         *Petitioners-Appellees*,

- v. -

Joseph A. Berlinger, Crude Productions, LLC, Michael Bonfiglio, Third Eye Motion Picture Company, Inc., @Radical.Media, Lago Agrio Plaintiffs,

         *Respondents-Appellants*.

_____

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  FEB. 14, 2011
```

**JUDGMENT**
Docket No. 10-1918-cv (L)
         10-1966-cv (con)

The appeal in the above-captioned case from the United States District Court for the Southern District of New York was argued on the District Court record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is VACATED in part and AFFIRMED in part, and the case is REMANDED to the district court in accordance with the opinion of this court.

         FOR THE COURT,
         Catherine O'Hagan Wolfe, Clerk

         Joy Fallek, Administrative Attorney

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 02/10/2011